STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br><br>JULIANA MAYER LOZA,<br><br>Debtor.<br>_____/ | CASE NO. BK-21-50466-btb<br>(Chapter 13)<br><br>**DECLARATION OF STEPHEN R. HARRIS, ESQ. IN SUPPORT OF THE DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE §362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE <u>VOID AB INITIO</u>**<br><br>Hearing Date:   OST Requested<br>Hearing Time: |

I, Stephen R. Harris, hereby declare under penalty of perjury that:

1.    I am over eighteen years of age and have personal knowledge of the facts set forth herein, and if called as a witness would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2.    I am an attorney at law admitted to practice before this Court and I am an attorney with HARRIS LAW PRACTICE LLC, located at 6151 Lakeside Drive, Suite 2100, Reno, Nevada 89511.

1

3.	I represent JULIANA MAYER LOZA ("Debtor") in the above-captioned bankruptcy proceeding. I filed a voluntary petition for Chapter 13 reorganization relief on behalf of the Debtor in the early evening of June 22, 2021.

4.	After the Debtor's bankruptcy filing, I emailed letters to a representative of Leverty & Associates Law, CHTD. and to a representative of Allied Foreclosure Services to notify them of the Debtor's Chapter 13 bankruptcy filing and the provisions of the 11 U.S.C. Section 362(a) automatic stay. The reason for the immediate email notice was that Allied Foreclosure Services was scheduled to conduct a trustee's foreclosure sale for a deed of trust held by Leverty & Associates Law, CHTD., on the Douglas County Courthouse steps, County of Douglas, State of Nevada, on June 23, 2021, at 1:00 p.m., with respect to the Debtor's real property residence located at 429 Panorama Drive, Stateline, Nevada 89449.

5.	Given my email notice to Leverty & Associates Law, CHTD. and email notice to Allied Foreclosure Services, and after receiving an email response from Bill Ginn, Esq., an attorney with Leverty & Associates Law, CHTD., Allied Foreclosure Services still conducted the trustee's foreclosure sale even though the 11 U.S.C. Section 362(a) automatic stay was in place.

6.	On June 24, 2021, on behalf of the Debtor, I filed the DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (Docket No. 7) ("Motion"). Exhibits A through F attached to the Motion are true and correct to the best of my knowledge.

Executed under penalty of perjury this 24th day of June, 2021.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

_____
Attorneys for Debtor