STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br><br>JULIANA MAYER LOZA,<br><br>Debtor.<br>_____/ | Case No. 21-50466-btb<br>(Chapter 13)<br><br>**EX-PARTE MOTION FOR ORDER <u>SHORTENING TIME</u>**<br><br>Hearing Date: N/A<br>Hearing Time: |

| **SUMMARY IMPACT OF REQUEST TO SHORTEN TIME** |
|---|
| **The subject Motion on which an Order Shortening Time is requested herein will have an estimated 30 minute impact on the Court's calendar.** |

JULIANA MAYER LOZA ("Debtor"), by and through her attorney STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, hereby moves and represents as follows:

1. Debtor filed a Voluntary Petition for Chapter 13 relief on June 22, 2021.

2. On June 24, 2021, Debtor filed her DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (Docket No. 7) ("Motion").

3. The Motion seeks an Order: (1) Compelling Leverty & Associates Law, CHTD.

and Allied Foreclosure Services to cancel any trustee sale deeds issued at the Real Property trustee's foreclosure sale; (2) finding that the Real Property trustee's foreclosure sale was conducted in violation of the 11 U.S.C. § 362(a) automatic stay and is void and of no effect; (3) finding that Leverty & Associates Law, CHTD. and Allied Foreclosure Services knowingly and willfully violated the automatic stay; (4) awarding Debtor emotional distress damages in the amount of $50,000; (5) awarding Debtor punitive damages in the amount of $50,000, or more; (6) awarding Debtor her actual attorneys' fees and costs incurred in recovering her Real Property, estimated at $10,000.00, to be determined after this Motion is fully adjudicated.

    4.    Time is of the essence in hearing the Motion because the trustee's foreclosure sale of the Debtor's real property in violation of the automatic stay occurred on June 23, 2021, and although the sale is void, the Debtor is suffering emotional distress due to Leverty & Associates Law, CHTD. and Allied Foreclosure Services' reckless actions.

    5.    Debtor will provide notice of the Motion via email or facsimile to Leverty & Associates Law, CHTD.'s counsel and Allied Foreclosure Services' counsel. All other creditors shall receive notice of the Motion via regular U.S. Mail unless the Debtor can obtain email addresses or facsimile numbers for such creditors.

    WHEREFORE, Debtor respectfully requests that this Court enter an order shortening the time for notice of hearing with respect to her DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (Docket No. 7), so that such hearing may be held by this Court on or before June 28, 2021, or as soon thereafter as may be convenient to this Court's calendar; and for such other and further relief as the Court deems just under the circumstances.

    DATED this 24th day of June 2021.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
/s/ Stephen R. Harris
_____
Attorneys for Debtor