STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

JULIANA MAYER LOZA,

    Debtor.

_____/

Case No. 21-50466-btb

(Chapter 13)

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

Hearing Date: N/A
Hearing Time:
Est. Time:
Set by:

    As required by the Court under LR 9006, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, attorney for JULIANA MAYER LOZA ("Debtor"), provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time with respect to a hearing on her DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (Docket No. 7) ("Motion") filed on June 24, 2021, in the above-captioned case. They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE/DISAGREE |
|---|---|---|
| William Ginn, Esq.<br>Leverty & Associates Law, CHTD. | June 24, 2021<br>Via email | Disagree- See Attached |
| Judith A. Otto, Esq.<br>Attorney for Allied Foreclosure Services | June 24, 2021<br>Via email | No Response. |

DATED this 24th day of June 2021.

                STEPHEN R. HARRIS, ESQ.
                HARRIS LAW PRACTICE LLC

                */s/ Stephen R. Harris*
                _____
                Attorneys for Debtor

## Hannah Bass

| | |
|---|---|
| **From:** | Steve Harris |
| **Sent:** | Thursday, June 24, 2021 11:38 AM |
| **To:** | Hannah Bass |
| **Subject:** | FW: J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions |

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

**From:** Bill Ginn <bill@levertylaw.com>
**Sent:** Thursday, June 24, 2021 11:24 AM
**To:** Steve Harris <steve@harrislawreno.com>; Patrick Leverty <Pat@levertylaw.com>; law@ottoltd.com
**Cc:** Jess Rinehart <jess@levertylaw.com>
**Subject:** RE: J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions

Dear Mr. Harris,

Patrick Leverty, Gene Leverty and myself are beginning a three week trial in Las Vegas as I write this. As a result, we are not available to attend any hearings in Reno until after July 16, 2021.

Sincerely

William R. Ginn, Esq.



LEVERTY & ASSOCIATES LAW CHTD.
"Reno Gould House"
832 Willow Street
Reno, Nevada 89502
Dir.: (775)538-6631
Main Office.: (775) 322-6636
Fax: (775) 322-3953
www.levertylaw.com
bill@levertylaw.com
Licensed in Nevada and California

PLEASE NOTE: This e-mail message is intended only for the use of the individual or entity of which it is addressed and may contain information that is privilege, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete this e-mail message.

1

**From:** Steve Harris <steve@harrislawreno.com>
**Sent:** Thursday, June 24, 2021 11:17 AM
**To:** Patrick Leverty <Pat@levertylaw.com>; law@ottoltd.com
**Cc:** Bill Ginn <bill@levertylaw.com>
**Subject:** J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions

Hello Patrick and Judy----attached is a filed Debtor's Motion For Sanctions. I am requesting shortened time for hearing the subject Motion on tomorrow Friday or Monday June 28th, and I am required by the Local Rules to solicit your agreement or disagreement to such proposed shortened time for hearing request. Therefore, please reply to this email by 1:00PM today with your indicated agreement or disagreement. After 1:00PM, I intend to file the pleadings requesting shortened time for hearing and lodge the Order with respect to same. Thankyou. Steve Harris

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

2