

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 24, 2021

---

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. 21-50466-btb<br>(Chapter 13) |
| JULIANA MAYER LOZA | **EX-PARTE ORDER SHORTENING TIME** |
| Debtor. | Hearing Date: June 25, 2021<br>Hearing Time: 10:00 a.m.<br>Est. Time: 30 minutes<br>Set by: Judge Beesley |
| _____/ | |

Upon the EX-PARTE MOTION FOR ORDER SHORTENING TIME (Docket No. 9) filed by JULIANA MAYER LOZA ("Debtor"), by and through her attorney STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC on June 24, 2021, and the Court having considered the presentation with respect thereto, and for good cause shown;

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

1     **IT IS HEREBY ORDERED** that the time for notice of a hearing with respect to the
2 DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW,
3 CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE §
4 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO
5 (Docket No. 7) ("Motion"), is hereby shortened so that a hearing thereon shall occur before this
6 Court on __June 25__, 2021, at __10:00__ a .m.

7     **IT IS FURTHER ORDERED** that any opposition to the Motion shall be filed and served
8 by __June 25__, 2021 at __9:00__ a .m. and any replies shall be filed and served by
9 _____, 2021 at _____ ____.m.

10     **IT IS FINALLY ORDERED** that the Debtor shall provide notice of the Motion via email
11 or facsimile to Leverty & Associates Law, CHTD.'s counsel and Allied Foreclosure Services'
12 counsel. For all remaining creditors, Debtor shall provide notice via regular first-class U.S. Mail,
13 unless the Debtor can obtain email addresses or facsimile numbers for such creditors.

14 Submitted by:

15 STEPHEN R. HARRIS, ESQ.
16 HARRIS LAW PRACTICE LLC

17 /s/ Stephen R. Harris
18 _____
Attorneys for Debtor

19
20                                         ###

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2