STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

JULIANA MAYER LOZA,

    Debtor.

_____/

Case No. BK-21-50466-btb
(Chapter 13)

**NOTICE OF HEARING**

Hearing Date: June 25, 2021
Hearing Time: 10:00 a.m.
Est. Time: 30 minutes
Set By: Judge Beesley per OST

NOTICE IS HEREBY GIVEN THAT JULIANA MAYER LOZA, Debtor herein ("Debtor"), by and through her attorney STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, filed her DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (Docket No. 7) ("Motion").

The Motion seeks an Order: (1) Compelling Leverty & Associates Law, CHTD. and Allied Foreclosure Services to cancel any trustee sale deeds issued as a result of the Real Property trustee's foreclosure sale; (2) finding that the Real Property trustee's foreclosure sale was conducted in violation of the 11 U.S.C. § 362(a) automatic stay and is void and of no effect; (3) finding that Leverty & Associates Law, CHTD. and Allied Foreclosure Services knowingly and willfully violated the automatic stay; (4) awarding Debtor emotional distress damages in the

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

amount of $50,000; (5) awarding Debtor punitive damages in the amount of $50,000, or more; (6) awarding Debtor her actual attorneys' fees and costs incurred in recovering her Real Property, estimated at $10,000.00, to be determined after the Motion is fully adjudicated.

Pursuant to an Order Shortening Time, any Oppositions to the Motion must be filed and served by **June 25, 2021, at 9:00 a.m.**

If an objection or opposition is not timely filed and served, the relief requested may be granted without a hearing. LR9014.

> If you object to the relief requested, you *must* file a **WRITTEN** response, objection or opposition to this pleading with the court. You must also serve your written response, objection or opposition on the person who sent you this notice.
>
> If you do not file a written response, objection or opposition with the court, or if you do not serve your written response, objection or opposition on the person who sent you this notice, then:
> - The court may *refuse to allow* you to speak at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Written requests for copies of the subject MOTION shall be mailed or faxed to the Debtor in care of her attorneys, HARRIS LAW PRACTICE LLC, 6151 Lakeside Drive, Suite 2100, Reno, Nevada 89511, 775/786-7764, or steve@harrislawreno.com.

NOTICE IS FURTHER GIVEN that the hearing on said MOTION will be held pursuant to an Ex-Parte Order Shortening Time before a United States Bankruptcy Judge, by remote participation on **June 25, 2021, at 10:00 a.m**. Remote participation information may be found on the posted calendar on the Court's website at https://www.nvb.uscourts.gov/calendars/court-calendars/ .

Dated this 24th day of June, 2021.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
Attorneys for Debtor

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2