STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

JULIANA MAYER LOZA,

        Debtor.

_____/

Case No. BK-21-50466-btb

(Chapter 13)

**CERTIFICATE OF SERVICE**

Hearing Date: June 25, 2021
Hearing Time: 10:00 a.m.
Est. Time: 30 minutes
Set By: Judge Beesley per OST

    I, Hannah Bass, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I caused the following documents to be served: **1) DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (Docket No. 7); 2) EX-PARTE ORDER SHORTENING TIME (Docket No. 9); AND 3) NOTICE OF HEARING [RE: DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO] (Docket No. 12)** were made on June 24, 2021, via electronic mail to the following parties:

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

Allied Foreclosure Services
c/o Judith Otto, Esq.
law@ottoltd.com

Leverty & Associates Law, CHTD.
William Ginn, Esq.
bill@levertylaw.com

  I further certify that the service of the: **NOTICE OF HEARING [RE: DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE § 362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO] (Docket No. 12)** was made on June 24, 2021, via U.S. Mail, first class, postage pre-paid, and addressed to the attached listed of creditors and parties in interest.

  **UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated this 24th day of June, 2021.

*/s/ Hannah Bass*
*Hannah Bass*, Employee of
HARRIS LAW PRACTICE LLC

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2

# Steve Harris

| | |
|---|---|
| **From:** | Steve Harris |
| **Sent:** | Thursday, June 24, 2021 11:17 AM |
| **To:** | Patrick Leverty; law@ottoltd.com |
| **Cc:** | Bill Ginn |
| **Subject:** | J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions |
| **Attachments:** | doc00217820210624111436.pdf |

Hello Patrick and Judy----attached is a filed Debtor's Motion For Sanctions. I am requesting shortened time for hearing the subject Motion on tomorrow Friday or Monday June 28th, and I am required by the Local Rules to solicit your agreement or disagreement to such proposed shortened time for hearing request. Therefore, please reply to this email by 1:00PM today with your indicated agreement or disagreement. After 1:00PM, I intend to file the pleadings requesting shortened time for hearing and lodge the Order with respect to same. Thankyou. Steve Harris

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

1

**Steve Harris**

| | |
|---|---|
| **From:** | Steve Harris |
| **Sent:** | Thursday, June 24, 2021 11:36 AM |
| **To:** | Bill Ginn |
| **Cc:** | law@ottoltd.com; Patrick Leverty |
| **Subject:** | RE: J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions |

Hello Mr. Ginn----I will disclose your email reply below in the pleadings that I file this afternoon. Notwithstanding your request below, I am proceeding forward as quickly as the Court will allow for a hearing on my subject Motion. I contend that yesterday's foreclosure sale is void, and that it is important for the Court to consider the Debtor's Motion as soon as possible. Your firm can always appear by telephone, or by Zoom if the Court orders Zoom access. I will indicate in my OST pleadings that you disagree with shortened time because of a trial conflict continuing through July 16th. Thankyou. Steve Harris

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

**From:** Bill Ginn <bill@levertylaw.com>
**Sent:** Thursday, June 24, 2021 11:24 AM
**To:** Steve Harris <steve@harrislawreno.com>; Patrick Leverty <Pat@levertylaw.com>; law@ottoltd.com
**Cc:** Jess Rinehart <jess@levertylaw.com>
**Subject:** RE: J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions

Dear Mr. Harris,

Patrick Leverty, Gene Leverty and myself are beginning a three week trial in Las Vegas as I write this. As a result, we are not available to attend any hearings in Reno until after July 16, 2021.

Sincerely

William R. Ginn, Esq.



LEVERTY & ASSOCIATES LAW CHTD.
"Reno Gould House"
832 Willow Street
Reno, Nevada 89502
Dir.: (775)538-6631
Main Office.: (775) 322-6636
Fax: (775) 322-3953
www.levertylaw.com
bill@levertylaw.com

1

Licensed in Nevada and California

PLEASE NOTE: This e-mail message is intended only for the use of the individual or entity of which it is addressed and may contain information that is privilege, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete this e-mail message.

**From:** Steve Harris <steve@harrislawreno.com>
**Sent:** Thursday, June 24, 2021 11:17 AM
**To:** Patrick Leverty <Pat@levertylaw.com>; law@ottoltd.com
**Cc:** Bill Ginn <bill@levertylaw.com>
**Subject:** J. Mayer Loza Chapter 13---OST request for hearing on Debtor's Motion For Sanctions

Hello Patrick and Judy----attached is a filed Debtor's Motion For Sanctions. I am requesting shortened time for hearing the subject Motion on tomorrow Friday or Monday June 28th, and I am required by the Local Rules to solicit your agreement or disagreement to such proposed shortened time for hearing request. Therefore, please reply to this email by 1:00PM today with your indicated agreement or disagreement. After 1:00PM, I intend to file the pleadings requesting shortened time for hearing and lodge the Order with respect to same. Thankyou. Steve Harris

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

2

# Steve Harris

| | |
|---|---|
| **From:** | Steve Harris |
| **Sent:** | Thursday, June 24, 2021 1:56 PM |
| **To:** | Bill Ginn; law@ottoltd.com |
| **Subject:** | Chapter 13 Loza |
| **Attachments:** | doc00218320210624135103.pdf; doc00218520210624135136.pdf |

Hello All---attached are file stamped pleadings that I just filed, and the second attachment is the lodged Order. Thankyou. Steve Harris

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

**Steve Harris**

| | |
|---|---|
| **From:** | Steve Harris |
| **Sent:** | Thursday, June 24, 2021 3:57 PM |
| **To:** | bill@levertylaw.com; law@ottoltd.com |
| **Cc:** | Gene Kaufmann; juliana.loza@julianaloza.com |
| **Subject:** | J. Mayer Loza Chapter 13- Order Shortening Time- hearing tomorrow June 25 at 10:00 a.m. |
| **Attachments:** | 11- Order Shortening Time- Mtn for Sanctions and to Declare Foreclosure Sale Void.pdf |
| **Importance:** | High |

Hello Bill and Judy-

Attached please find the entered Order Shortening Time setting the hearing on Ms. Loza's Motion for Sanctions for tomorrow June 25, 2021, at 10:00 a.m. in the United States Bankruptcy Court before Honorable Judge Beesley. Per the Order Shortening Time, any opposition to the Motion must be filed and served by 9:00 a.m. tomorrow.

My office is currently preparing the Notice of Hearing on the Motion and my office will forward the Notice once filed.

**The hearing will be held <u>telephonically</u>. The call in information for Judge Beesley is as follows:**

# Phone: 888-684-8852
# Passcode: 2981680#

This information can also be found on the U.S. Bankruptcy Court District of Nevada website under Judge Beesley's calendar
https://www.nvb.uscourts.gov/calendars/webcalendars/Calendars/BTB%2006-25-2021.pdf


Thank you, Steve Harris
**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

1

**Steve Harris**

| | |
|---|---|
| **From:** | Steve Harris |
| **Sent:** | Thursday, June 24, 2021 4:24 PM |
| **To:** | bill@levertylaw.com; law@ottoltd.com |
| **Cc:** | Gene Kaufmann; juliana.loza@julianaloza.com |
| **Subject:** | Loza Hearing |
| **Attachments:** | 114133277014.pdf |

Hello All----attached is a filed Notice of Hearing with respect to Debtor's Motion for Sanctions, which filed Motion was emailed to all this morning. Thankyou. Steve Harris

**Stephen R. Harris, Esq.**
**Harris Law Practice LLC**
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
775-786-7600
steve@harrislawreno.com

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 21-50466-btb<br>District of Nevada<br>Reno<br>Thu Jun 24 16:08:34 PDT 2021 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | ALLIED FORECLOSURE SERVICES<br>190 W. HUFFAKER LANE, #408<br>RENO, NV 89511-4006 |
| ATHENA MEDICAL GROUP RETIREMENT TRUST<br>C/O STATE AGENT & TRANSFER SYNDICATE<br>112 N. CURRY STREET<br>CARSON CITY, NV 89703-4934 | BANK OF AMERICA<br>P O BOX 650070<br>DALLAS, TX 75265-0070 | FRAWLEY BEVERLY HILLS DENTISTRY<br>8920 WILSHIRE BLVD.<br>SUITE 701<br>BEVERLY HILLS, CA 90211-2006 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | KGID WATER/ SEWER<br>255 KINGSBURY GRADE ROAD<br>STATELINE, NV 89449 | LEVERTY & ASSOCIATES LAW, CHTD.<br>832 WILLOW STREET<br>RENO, NV 89502-1304 |
| NEVADA DEPARTMENT OF MOTOR VEHICLES<br>LEGAL DIVISION<br>855 WRIGHT WAY<br>CARSON CITY, NV 89711-0001 | NEVADA DEPARTMENT OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON<br>STE 1300<br>LAS VEGAS, NV 89101-1046 | NEVADA LABOR COMMISSION<br>1818 E. COLLEGE DRIVE<br>#102<br>CARSON CITY, NV 89706-7986 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>300 BOOTH STREET ROOM 3009<br>RENO, NV 89509-1360 | JULIANA MAYER LOZA<br>429 PANORAMA DRIVE<br>STATELINE, NV 89449 | STEPHEN R HARRIS<br>HARRIS LAW PRACTICE LLC<br>6151 LAKESIDE DR, STE 2100<br>RENO, NV 89511-8541 |
| WILLIAM A. VAN METER<br>POB 6630<br>RENO, NV 89513-6630 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |