

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 23, 2021

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

JULIANA MAYER LOZA,

        Debtor.

BK-21-50466-btb
Chapter 13

**ORDER REGARDING DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE §362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO**

Hearing Date:  June 25, 2021

     A hearing on Debtor's Motion for Sanctions Against Leverty & Associates Law, CHTD. and Allied Foreclosure Services for Willful Violation of the §362(a) Automatic Stay and to Declare Foreclosure Sale Void Ab Initio ("Motion"), filed by Debtor was held on June 25, 2021. Appearances were made by Stephen R. Harris, Esq. of Harris Law Practice LLC, counsel for Debtor Juliana Mayer Loza, and Vernon E. Leverty, Esq., and Jess P. Rhinehart, Esq. of Leverty & Associates Law, CHTD., counsel for Leverty & Associates Law Chtd. and Automatic Funds Transfer Services, a Seattle Corp. dba Allied Trustee Services.

1

1  Having reviewed all pleadings and exhibits filed in this matter, the oral arguments of
2  counsel, after due deliberation and consideration, with proper notice having been given, and
3  good cause appearing, the Court rules as follows:
4  The Court finds that at the time of Debtor's bankruptcy filing on June 22, 2021, the title
5  of the Subject Property, Douglas County Assessor Parcel No. 1318-25-111-07, commonly
6  known by its physical address of 429 Panorama Drive, Stateline, Nevada 89449, was in the name
7  of Ray Warren Exley, M.D.  The Court finds that Debtor had no legal or equitable interest in the
8  Subject Property at the time of the bankruptcy filing and/or at the time of the foreclosure sale
9  that took place on June 23, 2021.  Therefore, Debtor's Motion is hereby DENIED.
10 **IT IS SO ORDERED.**