Vernon E. Leverty, Esq. NV Bar No. 1266
Patrick R. Leverty, Esq. NV Bar No. 8840
William R. Ginn Esq. NV Bar No. 6989
Jess P. Rinehart, Esq., NV Bar No. 11697
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow St., Reno, NV 89502
(775) 322-6636
*Attorneys for Leverty & Associates Law Chtd.*
*and Automatic Funds Transfer Services, a Seattle Corp.*
*dba Allied Trustee Services*

# UNITED STATE BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: | BK-21-50466-btb <br> Chapter 13 |
| JULIANA MAYER LOZA, | **NOTICE OF ENTRY OF ORDER REGARDING DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE §362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO** |
| Debtor. | |
| _____/ | |

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Regarding Debtor's Motion for Sanctions against Leverty and Associates Law Chtd. and Allied Foreclosure Services for Willful Violation of the §362(a) Automatic Stay and to Declare the Foreclosure Sale Void Ab Initio on July 23, 2021. A copy of the Order is attached hereto as Exhibit 1 and made part hereof.

DATED this 30th day of July, 2021

_____
Vernon E. Leverty, Esq. NV Bar No. 1266
William R. Ginn Esq. NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
*Attorneys for Leverty & Associates Law Chtd*. and
*Automatic Funds Transfer Services, a Seattle Corp. dba Allied Trustee Services*

NOTICE OF ENTRY OF ORDER

1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing was made via the Court's electronic filing system to:

| Debtor Juliana M. Loza
c/o Stephen Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive, Ste. 2100
Reno, NV 89511 | |

DATED this 30th day of July, 2021

_____
An Employee of Leverty & Associates Law, Chtd.