United States Bankruptcy Court
District of Nevada

In re:  
JULIANA MAYER LOZA  
    Debtor

Case No. 21-50466-btb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 06, 2021      Form ID: adibktrn      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | JULIANA MAYER LOZA, 429 PANORAMA DRIVE, STATELINE, NV 89449 |
| aty | + | JESS P. RINEHART, 832 WILLOW ST., RENO, NV 89502-1304 |
| aty | + | VERNON E LEVERTY, LEVERTY & ASSOCIATES LAW, CHTD, 832 WILLOW ST, RENO, NV 89502-1304 |
| 11513506 | + | ALLIED FORECLOSURE SERVICES, 190 W. HUFFAKER LANE, #408, RENO, NV 89511-4006 |
| 11513507 | + | ATHENA MEDICAL GROUP RETIREMENT TRUST, C/O STATE AGENT & TRANSFER SYNDICATE, 112 N. CURRY STREET, CARSON CITY, NV 89703-4934 |
| 11513508 | | BANK OF AMERICA, P O BOX 650070, DALLAS, TX 75265-0070 |
| 11513509 | + | FRAWLEY BEVERLY HILLS DENTISTRY, 8920 WILSHIRE BLVD., SUITE 701, BEVERLY HILLS, CA 90211-2006 |
| 11513510 | | KGID WATER/ SEWER, 255 KINGSBURY GRADE ROAD, STATELINE, NV 89449 |
| 11513511 | + | LEVERTY & ASSOCIATES LAW, CHTD., 832 WILLOW STREET, RENO, NV 89502-1304 |
| 11513502 | + | NEVADA DEPARTMENT OF MOTOR VEHICLES, LEGAL DIVISION, 855 WRIGHT WAY, CARSON CITY, NV 89711-0001 |
| 11513504 | + | NEVADA LABOR COMMISSION, 1818 E. COLLEGE DRIVE, #102, CARSON CITY, NV 89706-7986 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11513501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2021 23:22:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 11513503 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Aug 06 2021 23:22:00 | NEVADA DEPARTMENT OF TAXATION, BANKRUPTCY SECTION, 555 E. WASHINGTON, STE 1300, LAS VEGAS, NV 89101-1046 |
| 11513505 | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Aug 06 2021 23:22:00 | OFFICE OF THE UNITED STATES TRUSTEE, 300 BOOTH STREET ROOM 3009, RENO, NV 89509-1360 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AUTOMATIC FUNDS TRANSFER SERVICE, A SEATTLE CORP. |
| cr | | LEVERTY & ASSOCIATES LAW CHTD. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: adibktrn | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| STEPHEN R HARRIS | on behalf of Debtor JULIANA MAYER LOZA steve@harrislawreno.com hannah@harrislawreno.com;norma@harrislawreno.com |
| WILLIAM A. VAN METER | ECF@reno13.com wvanmeter13@ecf.epiqsystems.com |

TOTAL: 2

NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JULIANA MAYER LOZA<br><br>                    Debtor(s) | BK−21−50466−btb<br>CHAPTER 13<br><br>NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION |

**NOTICE IS GIVEN** that a transcript has been filed on August 5, 2021 as referenced in the following document:

*20* − Transcript regarding Hearing Held on 06/25/21. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 4233105802. Purchasing Party: Stephen R. Harris. Redaction Request Due By 08/26/2021. Redacted Transcript Submission Due By 09/7/2021. Transcript access will be restricted through 11/3/2021. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is August 26, 2021.

If a Request for Redaction is filed, the redacted transcript is due September 7, 2021. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 3, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 8/5/21

*Mary A. Schott*

Mary A. Schott
Clerk of Court