STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

JULIANA MAYER LOZA,

Debtor.

_____/

Case No. BK-21-50466-btb

(Chapter 13)

**CERTIFICATE OF SERVICE**

Hearing Date:  N/A
Hearing Time:

I, Wyatt Katich, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I caused the following document to be served: **NOTICE OF CHAPTER 13 BANKRUPTCY CASE (Docket No. 4)** was made on August 11, 2021, via U.S. Mail, first class, postage pre-paid, and addressed to the attached list of creditors and parties in interest.

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated this 11th day of August, 2021.          */s/ Wyatt Katich*

_____
*Wyatt Katich*, Employee of
HARRIS LAW PRACTICE LLC

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

Label Matrix for local noticing
0978-3
Case 21-50466-BBB
District of Nevada
Reno
Wed Aug 11 11:23:23 PDT 2021

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

ALLIED FORECLOSURE SERVICES
190 W. HUFFAKER LANE, #408
RENO, NV 89511-4006

ATHENA MEDICAL GROUP RETIREMENT TRUST
C/O STATE AGENT & TRANSFER SYNDICATE
112 N. CURRY STREET
CARSON CITY, NV 89703-4934

BANK OF AMERICA
P O BOX 650070
DALLAS, TX 75265-0070

CIGNA HEALTH INSURANCE
900 COTTAGE GROVE RD.
BLOOOMFIELD, CT 06002-2920

FRAWLEY BEVERLY HILLS DENTISTRY
8920 WILSHIRE BLVD.
SUITE 701
BEVERLY HILLS, CA 90211-2006

FRIEDMAN & FRIEDMAN
9454 WILSHIRE BLVD.
#313
BEVERLY HILLS, CA 90212-2904

GORDON & GORDON
1200 WILSHIRE BLVD.
#608
LOS ANGELES, CA 90017-1998

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

KGID WATER/ SEWER
255 KINGSBURY GRADE ROAD
STATELINE, NV 89449

KIRK NEVADA WALKER, ESQ.
400 S. 4TH STREET, #500
LAS VEGAS, NV 89101-6207

LEVERTY & ASSOCIATES LAW, CHTD.
832 WILLOW STREET
RENO, NV 89502-1304

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711-0001

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101-1046

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706-7986

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509-1360

SULLIVAN LAW
1625 NV-88
#401
MINDEN, NV 89423

ZACHARY SCHORR, ESQ.
1901 AVENUE OF THE STARS
STE 615
LOS ANGELES, CA 90067-6051

JULIANA MAYER LOZA
429 PANORAMA DRIVE
STATELINE, NV 89449

STEPHEN R HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DR, STE 2100
RENO, NV 89511-8541

WILLIAM A. VAN METER
POB 6630
RENO, NV 89513-6630

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AUTOMATIC FUNDS TRANSFER SERVICE, A SEATTL

(u)LEVERTY & ASSOCIATES LAW CHTD.

End of Label Matrix
Mailable recipients    21
Bypassed recipients     2
Total                  23