WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89509                    Electronically Filed on: August 16, 2021
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    ) Case No.: BK-N 21-50466-BTB
                                          )
JULIANA MAYER LOZA,                       ) Chapter 13
                                          )
                                          ) **NOTICE OF HEARING RE: TRUSTEE'S
                                          ) MOTION TO DISMISS**
           Debtor.                        )
                                          )
                                          ) Date:    September 16, 2021
                                          ) Time:    3:00 pm
_____/  Time Required: (1 Minute)

    Please take notice that a hearing will be held on September 16, 2021 at 3:00 pm in the United States Bankruptcy Court, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada 89509 with regard to the **TRUSTEE'S MOTION TO DISMISS.**

    Any opposing memorandum must be written, state the grounds of objection, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c) and be filed with the Court and served on the Trustee, William A. Van Meter, P.O. Box 6630, Reno, Nevada 89513 on or before fourteen (14) days preceding the hearing date for the motion. Local Rule 9014(b)(1)(D) provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. **Any proposed modified plan that is intended to address the alleged payment delinquency must be filed, served, and set for hearing prior to the hearing date of this motion to dismiss.** You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
> • The court may *rule against you* without formally calling the matter at the hearing

Dated: August 16, 2021

                                                 /S/ WILLIAM A. VAN METER
                                                 WILLIAM A. VAN METER, ESQ.

WILLIAM A. VAN METER
CHAPTER 13 TRUSTEE
P.O. Box 6630
Reno, NV 89509
(775) 324-2500

**CERTIFICATE OF SERVICE**

     Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Kimberly Schneider hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on August 16, 2021, I Electronically Filed the attached **TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

    Dated:  August 16, 2021

                                                               /S/ Kimberly Schneider
                                                               Kimberly Schneider

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE, SUITE 2100
RENO, NV 89511

JULIANA MAYER LOZA          Served by First Class Mail
429 PANORAMA DRIVE
STATELINE, NV 89449