STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

JULIANA MAYER LOZA,

　　　　　Debtor.

_____/

Case No. BK-21-50466-nmc
(Chapter 13)

**NOTICE OF HEARING**

Hearing Date:　October 12, 2021
Hearing Time:　2:00 p.m.
Est. Time:　　　30 minutes
Set By:　　　　Calendar Clerk

　　　　NOTICE IS HEREBY GIVEN THAT JULIANA MAYER LOZA, Debtor herein ("Debtor"), by and through her attorney STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, filed her DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER [DE 17], TO AMEND JUDGMENT, FOR NEW HEARING, OR ALTERNATIVELY, FOR ADDITIONAL FINDINGS PURSUANT TO FRBP 9023, 9024 AND 7052 (Docket No. 23) ("Motion").

　　　　The Motion seeks this Court's reconsideration of its ORDER REGARDING DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE §362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (DE 17) ("Order") so that it may grant the relief requested in the Debtor's previously filed DEBTOR'S MOTION FOR SANCTIONS AGAINST LEVERTY & ASSOCIATES LAW, CHTD. AND ALLIED FORECLOSURE SERVICES FOR WILLFUL VIOLATION OF THE §362(a) AUTOMATIC STAY AND TO DECLARE FORECLOSURE SALE VOID AB INITIO (DE 7)

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

("Sanctions Motion"). Alternatively, the Motion requests that this Court hold a new hearing so the parties may present evidence as to the Debtor's interests in the real property located at 429 Panorama Drive, Stateline, Douglas County, NV 89449, or that the Court provide additional findings explaining the basis for its ruling to provide a record for appeal.

Any Opposition must be filed pursuant to Local Rule 9014(d):

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection or opposition is not timely filed and served, the relief requested may be granted without a hearing.

> If you object to the relief requested, you *must* file a **WRITTEN** response, objection or opposition to this pleading with the court. You must also serve your written response, objection or opposition on the person who sent you this notice.
>
> If you do not file a written response, objection or opposition with the court, or if you do not serve your written response, objection or opposition on the person who sent you this notice, then:
> - The court may *refuse to allow* you to speak at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Written requests for copies of the subject MOTION shall be mailed or faxed to the Debtor in care of her attorneys, HARRIS LAW PRACTICE LLC, 6151 Lakeside Drive, Suite 2100, Reno, Nevada 89511, 775/786-7764, or steve@harrislawreno.com.

NOTICE IS FURTHER GIVEN that the hearing on said MOTION will be held before a United States Bankruptcy Judge, by remote participation on **October 12, 2021, at 2:00 p.m**. Remote participation information may be found on the posted calendar on the Court's website at https://www.nvb.uscourts.gov/calendars/court-calendars/ .

Dated this 13th day of September 2021.

                                          STEPHEN R. HARRIS, ESQ.
                                          HARRIS LAW PRACTICE LLC
                                          */s/ Stephen R. Harris*

                                          Attorneys for Debtor

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2