NVB 4002 (Rev. 7/16)

STEPHEN R. HARRIS, ESQ. NV Bar No. 1463
NVB 4002 Rev (7/16)  6151 Lakeside Drive, Suite 2100
Reno, NV 89511

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: JULIANA MAYER LOZA,                )   BK- 21-50466-nmc
                                          )
                                          )   Chapter: 13
                                          )
                                          )   Trustee: Van Meter
                       Debtor.            )
                                          )   CHANGE OF ADDRESS OF:
                                          )   (✓) DEBTOR
                                          )   ( ) CREDITOR
                                          )   ( ) OTHER
_____   )

I request that notice be sent to the following address: (please print)

JULIANA MAYER LOZA
Name
195 Hwy 50 #104
Address

_____

Stateline           NV              89449
City                State           Zip Code

Please check the applicable boxes:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

DATE: 10/04/2021

/s/ Stephen R. Harris
SIGNATURE

**NOTE**: Please submit an original and one copy for the record.