STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

JULIANA MAYER LOZA,

    Debtor.

_____/

Case No. 21-50466-nmc
(Chapter 13)

**REPLY TO OPPOSITION TO DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER [DE 17], TO AMEND JUDGMENT, FOR NEW HEARING, OR ALTERNATIVELY, FOR ADDITIONAL FINDINGS PURSUANT TO FRBP 9023, 9024 AND 7052**

Hearing Date:    October 12, 2021
Hearing Time:    2:00 p.m.
Est. Time:       30 minutes
Set by:          Calendar Clerk

JULIANA MAYER LOZA ("Debtor"), by and through her attorney, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, hereby files her Reply to the OPPOSITION TO DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER [DE 17], TO AMEND JUDGMENT, FOR NEW HEARING, OR ALTERNATIVELY, FOR ADDITIONAL FINDINGS PURSUANT TO FRBP 9023, 9024 AND 7052 [DE 30] ("Opposition") filed by Leverty & Associates Law Chtd. ("Leverty") and Automatic Funds Transfer Service, a Seattle corporation dba Allied Trustee Services ("Allied").

1.    At its core, the Opposition argues that the Court did not make a plain or indisputable error of fact or law by finding that the Debtor did not have a legal or equitable interest in the Property. Yet it is indisputable that the Debtor had a legal and equitable interest in the

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

1  Property regardless of how title was held at the moment of the Debtor's bankruptcy filing.

2  Moreover, 11 U.S.C. § 541 automatically vests in the bankruptcy estate the Debtor's legal and

3  equitable interests—no affirmative action or "evidence" is required on behalf of the Debtor. The

4  Court's reasoning in support of its Order is also a mystery because the Court did not explain orally

5  or in the Order why it found that the Debtor had no legal or equitable interest in the Property.

6      2.    Notably, Leverty and Allied admit that they were aware of the Quitclaim Deed

7  recorded by the Debtor before her bankruptcy filing which transferred title in the Property to her

8  from Dr. Exley's estate. Nonetheless, Leverty and Allied ignored any legal effect of the Quitclaim

9  Deed and misled this Court by alleging that legal title to the Property was in Dr. Exley's name at

10 the time of the bankruptcy filing based on Mr. Jess Rinehart, Esq.'s purported conversation with

11 an employee of the Douglas County Assessor. *See* DE 14 7:25–8:6. But that argument was absurd

12 because: (1) an employee of the Douglas County Assessor does not have authority to adjudicate

13 the legal effect of the Quitclaim Deed; and (2) the purpose of recording is only to provide notice

14 to third parties. *See* NRS 111.315 ("Every conveyance of real property . . . to operate as notice to

15 third persons, shall be recorded in the office of the recorder of the county . . . but shall be valid

16 and binding between the parties thereto without such record.") An unrecorded deed is still

17 effective between the parties to vest the Debtor's legal and equitable interests as of the Petition

18 Date. *Id.*

19     3.    That said, now that the Douglas County Assessor has had time to update its

20 records, a public record search shows that according to the Douglas County Assessor, title to the

21 Property was last held by the Debtor, Juliana Mayer Loza, just before Allied and Leverty

22 unlawfully sold the Property at the foreclosure sale to Kamma LLC the day after the Debtor's

23 bankruptcy filing. A copy of the Douglas County Assessor's Parcel Detail report for the Property,

24 including the Ownership History, is attached hereto as **Exhibit A**. And a copy of the Trustee's

25 Deed to Kamma LLC dated June 23, 2021, is attached hereto as **Exhibit B**.

26     4.    But even if title was still in Dr. Exley's name on the Petition Date as Leverty and

27 Allied allege, the Debtor still had a legal and equitable interest in the Property through her various

28 roles—as Dr. Exley's community property spouse, as the Special Administrator of Dr. Exley's

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2

1  estate, and as Dr. Exley's beneficiary, individually, and through the Ray Warren Exley, M.D.

2  Nevada Family Trust. Whether or not Dr. Exley's Will was lodged at the time of the bankruptcy

3  filing is also irrelevant because the Will itself vested the Debtor with her interest as a

4  beneficiary—not the official act of lodging the Will with the probate court. What is more, contrary

5  to Leverty and Allied's allegations, the Debtor did alert the Court of her status as Dr. Exley's

6  beneficiary in her Sanctions Motion and at the time of the hearing on the Sanctions Motion. *See*

7  *Sanctions Motion* at 3:12–15, 6:25–28; *Transcript* at 53:16–21.

8          5.      Leverty and Allied's arguments also fail because any inheritance of the Debtor

9  would still be property of the estate even if the interest did not vest in the Debtor until after the

10  Petition Date. *See* 11 U.S.C. § 541(a)(5)(A). In fact, the Ninth Circuit B.A.P. has held that in

11  Chapter 13 cases, inheritances are property of the estate if they are received any time before the

12  Chapter 13 case is closed, dismissed or converted. *Dale v. Maney (In re Dale)*, 505 B.R. 8, 11

13  (B.A.P. 9th Cir. 2014). But the Opposition ignores the plain language of Section 541(a)(5)(A)

14  and simply alleges, without any legal authority, that the Property was not protected by the

15  automatic stay only because the Debtor allegedly did not provide "evidence" of Dr. Exley's Will

16  at the hearing on the Sanctions Motion—a hearing which had not been scheduled as an evidentiary

17  hearing.

18          6.      The Opposition also alleges that the automatic stay only protects property of the

19  estate, but the automatic stay also protects the Debtor's property even if it is not property of the

20  estate (*see* 11 U.S.C. §§ 362(a)(5), (6), and (7)). The automatic stay also protects the Debtor from

21  any lien enforcement actions or proceedings (*see* 11 U.S.C. §§ 362(a)(1), (5), and (6)), like the

22  foreclosure action which was a proceeding to enforce a lien against the Debtor in her capacity as

23  Successor Trustee of the Ray Warren Exley, M.D. Nevada Family Trust.

24          7.      11 U.S.C. § 541 is to be interpreted very broadly so that the bankruptcy estate

25  consists of "all the interests in property, legal and equitable, possessed by the debtor at the time

26  of the filing, as well as those interests recoverable through transfer and lien avoidance provisions."

27  *Owen v. Owen*, 500 U.S. 305, 308 (1991). Leverty and Allied admit in their Opposition, and in

28  their previously filed opposition to the Sanctions Motion, that before the foreclosure sale they

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

3

1    were aware: (1) of the Debtor's bankruptcy filing, (2) of the Quitclaim Deed transferring legal

2    title to the Debtor; (3) of the Debtor's claimed interest in the Property; (4) of the Debtor's claim

3    that the Property was protected by the automatic stay; (5) that the Debtor was Dr. Exley's widow

4    and Special Administrator of his estate, (6) that the Debtor was surviving Successor Trustee of

5    the Ray Warren Exley, M.D. Nevada Family Trust, who was the obligor under the Note and Deed

6    of Trust upon which Leverty and Allied foreclosed; and (7) that the Debtor is the exclusive

7    assigned beneficiary of Exley's Athena Medical Group, Inc. ERISA Retirement Plans. Thus, the

8    Debtor had a legal and equitable interest in the Property under any conceivable scenario regardless

9    of how legal title was held on the Petition Date. Any reasonably prudent creditor who questioned

10   whether the automatic stay protected the Property should have first filed a motion with this Court

11   seeking relief from stay. But Leverty and Allied did no such thing; instead, they unilaterally

12   adjudicated the legal effect of the Quitclaim Deed, the legal effect of Section 541, and the legal

13   effect of the automatic stay.

14       8.       Most enlightening of both of Leverty's oppositions is that Leverty themselves

15   created the Ray Warren Exley, M.D. Nevada Family Trust in December 2015 and were thus fully

16   aware of the Debtor's role as Successor Trustee as well as the Debtor and Exley's California

17   marriage on April 23, 2014.

18       9.       Finally, Leverty and Allied argue in their Opposition that the Debtor's Motion for

19   Reconsideration is moot simply because the Trustee filed a routine Motion to Dismiss before the

20   Debtor had filed her proposed Chapter 13 Plan. The Debtor has since filed her Plan [*see* DE 32],

21   provided her documentation to the Trustee, and is current on her Plan payments. But regardless,

22   the automatic stay was still in effect during the pendency of the Chapter 13 case even if the case

23   were to have been dismissed. Thus any foreclosure sale or transfer of property is in violation of

24   the automatic stay and is void ab initio. *See Schwartz v. United States (In re Schwartz)*, 954 F.2d

25   569 (9th Cir. 1992). Even the eventual dismissal of this Chapter 13 case would not change the

26   void nature of the foreclosure sale. The purported buyer of the Property was also aware of the

27   bankruptcy filing and the fact that the Debtor contested the validity of the sale because Mr. Gene

28

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

4

1  Kaufman, Esq.,[1] the Exley Estate's attorney, was present at the auction and repeatedly advised all

2  bidders of this bankruptcy filing and the automatic stay which was in effect at the time of the

3  foreclosure sale. *See Transcript* 6:16–18.

4      10.    The Court's current Order was the result of a manifest error of fact and law, and

5  would result in an irreconcilable injustice if it is allowed to stand. What is more, the Order and

6  record of the hearing are devoid of any findings to explain the basis for the Court's ruling.

7                              **<u>CONCLUSION</u>**

8      Based on the foregoing, and all of the Debtor's previous arguments in her Sanctions

9  Motion and Motion for Reconsideration, the Debtor respectfully requests that this Court grant her

10  Motion for Reconsideration.

11      DATED this 5th day of October 2021.

12

13                              STEPHEN R. HARRIS, ESQ.
                                HARRIS LAW PRACTICE LLC

14                              */s/ Stephen R. Harris*

15                              _____

16                              Attorney for Debtor

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Sullivan Law PC and Mr. Gene Kaufmann, Esq. NB #6704 are attorneys of record for the Ray Warren Exley Estate and also represent Ms. Loza-Exley.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600



# DOUGLAS COUNTY, NEVADA
# ASSESSOR'S OFFICE
### Trent A. Tholen, Assessor

[ Assessor Home ] [ Personal Property ] [ Sales Data ] [ Annual Taxes ] [ Recorder Website ]

## Parcel Detail for Parcel # 1318-25-111-017

Prior Parcel # 0000-07-324-110

### Location

Property Location 429 PANORAMA DR
Town KINGSBURY GID
District 410.0 - KINGSBURY GID
Subdivision KINGSBURY PALISADES   Lot 13   Block
Property Name

[ Add'l Addresses ]
[ Parcel Map ]

### Ownership

Assessed Owner Name KAMMA LLC
Mailing Address
6770 S MCCARRAN BL
RENO, NV 89509
Legal Owner Name KAMMA LLC
Vesting Doc #, Date 971766
07/30/2021   Year / Book / Page 21 / 7 / 0
Map Document #s

[ Ownership History ]
[ Document History ]

### Description

Total Acres .550
Ag Acres .000
Square Feet 23,958
W/R Acres .000
**Improvements**

Single-family Detached 1
Single-family Attached 0
Multiple-family Units 0
Mobile Homes 0
Total Dwelling Units 1
[ Improvement List ]
[ Improvement Sketches ]
[ Improvement Photos ]

Non-dwelling Units 0
Mobile Home Hookups 0
Wells 0
Septic Tanks 0
Buildings Sq Ft 0
Residence Sq Ft 1,896
Basement Sq Ft 0
Finished Basement SF 0

Stories 1.0
Garage Square Ft... 576
Attached / Detached A

### Appraisal Classifications

Current Land Use Code 200   [ Code Table ]

Zoning Code(s)

Re-appraisal Group 1    Re-appraisal Year 2021
Original Construction Year 1971    Weighted Year

### Assessed Valuation

| Assessed Values | 2021-22 | 2020-21 | 2019-20 |
| --- | --- | --- | --- |
| Land | 164,500 | 164,500 | 164,500 |
| Improvements | 25,492 | 26,002 | 26,499 |
| Personal Property | 0 | 0 | 0 |
| Ag Land | 0 | 0 | 0 |
| Exemptions | 0 | 0 | 0 |
| **Net Assessed Value** | 189,992 | 190,502 | 190,999 |
| Increased (New) Values | | | |
| Land | 0 | 0 | 0 |
| Improvements | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 |

### Taxable Valuation

| Taxable Values | 2021-22 | 2020-21 | 2019-20 |
| --- | --- | --- | --- |
| Land | 470,000 | 470,000 | 470,000 |
| Improvements | 72,834 | 74,291 | 75,711 |
| Personal Property | 0 | 0 | 0 |
| Ag Land | 0 | 0 | 0 |
| Exemptions | 0 | 0 | 0 |
| **Net Taxable Value** | 542,834 | 544,291 | 545,711 |
| Increased (New) Values | | | |
| Land | 0 | 0 | 0 |
| Improvements | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 |

[ Back to Search List ]

## Ownership History for Parcel # 1318-25-111-017

| Current Owners | |
|---|---|
| Name | From |
| KAMMA LLC<br><br>6770 S MCCARRAN BL<br>RENO, NV 89509 | 2021 |

| Prior Owners | | |
|---|---|---|
| Name | From | To |
| LOZA, JULIANA MAYER<br>C/O GORDEN GORDEN LAWYERS<br>1200 WHISHIRE BL STE #608<br>LOS ANGELES, CA 90017 | 2021 | 2021 |
| CONTRIBUTION PLAN AND TRUST #3 | 2021 | 2021 |
| ATHENA MEDICAL GROUP DEFINED<br><br>9504 HIGHRIDGE PL<br>BEVERLY HILLS, CA 90210 | 2021 | 2021 |
| EXLEY, RAY WARREN MD<br><br>6770 S MCCARRAN BL<br>RENO, NV 89509 | 2021 | 2021 |
| ATHENA MED GRP PEN PLAN & TRUST<br>195 HWY 50 STE 104<br>PMB 7172-262<br>STATELINE, NV 89449 | 2020 | 2021 |
| DOUGLAS COUNTY TRUSTEE<br>C/O CLERK-TREASURER<br>PO BOX 218<br>MINDEN, NV 89423 | 2019 | 2020 |
| ATHENA MED GRP PEN PLAN & TRST<br><br>195 HWY 50 STE 104 MB 7172-262<br>STATELINE, NV 89449 | 2018 | 2019 |
| EXLEY, RAY WARREN M D TTEE<br><br>9504 HIGH RIDGE PL<br>BEVERLY HILLS, CA 90210 | 2016 | 2018 |
| EXLEY, RAY WARREN TTEE | 2015 | 2016 |
| EXLEY NEVADA FAMILY TRUST<br><br>9504 HIGH RIDGE PL<br>BEVERLY HILLS, CA 90210 | 2015 | 2016 |
| O'BRIEN, LOIS | 1983 | 2016 |
| EXLEY, RAY WARREN<br><br>9504 HIGH RIDGE RD<br>BEVERLY HILLS, CA 90210 | 1983 | 2015 |

NOTE: This is not a complete history and should not be used in place of a title search.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

STEPHEN R. HARRIS, ESQ.

HARRIS LAW PRACTICE LLC

6151 LAKESIDE DRIVE

SUITE 2100

RENO, NEVADA 89511

TELEPHONE: (775) 786-7600

A. P. No. 1318-25-111-017

Foreclosure No. 18034

R.P.T.T. $

<u>When recorded mail to</u>
Kamma LLC
6770 S. McCarran Blvd.
Reno, NV 89509

<u>Mail tax statements to</u>: *Grantee*

Same as above

| DOUGLAS COUNTY, NV | **2021-971766** |
| --- | --- |
| RPTT:$3845.40  Rec:$40.00 | |
| $3,885.40    Pgs=5 | **07/30/2021 12:29 PM** |
| FIRST CENTENNIAL - RENO (MAIN OFFICE) | |
| KAREN ELLISON, RECORDER | |

**AFFIRMATION PURSUANT TO**
**NRS 111.312(1)(2) AND 239B.030(4)**

Pursuant to NRS 239B.030, the undersigned, hereby affirm(s) that the below document, including any exhibits, hereby submitted for recording does not contain the social security number of any person or persons.

<u>TRUSTEE'S DEED</u>

THIS INDENTURE, made and entered into on June 23, 2021, by and between AUTOMATIC FUNDS TRANSFER SERVICES, dba ALLIED TRUSTEE SERVICES, as Trustee, party of the first part, and KAMMA, LLC, a Nevada limited liability company, party of the second part, whose address is: 6770 S. McCarran Blvd., Reno, NV 89509.

**W I T N E S S E T H :**

WHEREAS, RAY WARREN EXLEY, Trustee of the RAY WARREN EXLEY, M.D. NEVADA FAMILY TRUST executed a Promissory Note payable to the order of ROBERT I. NOVASEL and RICHARD W. SCHWARTE, Co-Trustees of the NOVASEL & SCHWARTE INVESTMENTS, INC. PROFIT SHARING PLAN, in the principal sum of $150,000.00, and bearing interest, and as security for the payment of said Promissory Note said FIRST AMERICAN TITLE INSURANCE CORPORATION, Trustee for ROBERT I. NOVASEL and RICHARD W. SCHWARTE, Co-Trustees of the NOVASEL & SCHWARTE INVESTMENTS, INC. PROFIT SHARING PLAN, Beneficiary, which

---

LAW OFFICES OF JUDITH A. OTTO, LTD. ♦ 3748 LAKESIDE DRIVE, SUITE 102 ♦ RENO, NEVADA 89509

Deed of Trust was dated May 23, 2017, and was recorded on June 5, 2017, as Document No. 2017-899576, Official Records, Douglas County, Nevada; and

WHEREAS, AUTOMATIC FUNDS TRANSFER SERVICES, INC., a Washington corporation, dba ALLIED TRUSTEE SERVICES, was substituted as Trustee under said Deed of Trust in the place and stead of FIRST AMERICAN INSURANCE CORPORATION, by document recorded April 2, 2020, as Document No. 2020-944257, Official Records, Douglas County, Nevada; and

WHEREAS, a breach of the obligation for which such transfer in trust as security was made occurred in that default was made in the failure to pay the installment of principal and interest due on February 1, 2019, and in the failure to pay each payment of principal and interest that thereafter became due, and in the failure to pay the real property taxes for the fiscal year 2019-2020; and

WHEREAS, ROBERT I. NOVASEL, Co-Trustee of THE NOVASEL & SCHWARTE INVESTMENTS, INC. PROFIT SHARING PLAN executed and acknowledged a Notice of Default and Election To Sell the property described in said Deed of Trust to satisfy said indebtedness, and said Notice of Default and Election To Sell was recorded April 2, 2020, as Document No. 2020-944258, Official Records, Douglas County, Nevada; and

WHEREAS, on September 28, 2020, a copy of said Notice of Default and Election To Sell was mailed by certified mail to the then owner of the property hereinafter described and to all other parties entitled by law to such notice, and posted on the property hereinafter described on September 30, 2020; and

WHEREAS, by direction of ROBERT I. NOVASEL and RICHARD W. SCHWARTE, Co-Trustees of the NOVASEL & SCHWARTE INVESTMENTS, INC. PROFIT SHARING PLAN, the said AUTOMATIC FUNDS TRANSFER SERVICES, dba ALLIED TRUSTEE SERVICES, Trustee, gave due and legal notice in each and every manner required by said Deed of Trust and provided by law that it would on the 27th day of January, 2021, at the hour of 1:00 o'clock P.M., sell at the entrance to the Douglas County Courthouse, located at 1038 Buckeye Road, in Minden, Nevada, at public auction to the highest cash bidder in lawful money of the United States of America, the realty described in said Deed of Trust to satisfy the indebtedness due under said Deed of Trust and the Promissory Note secured by it; that said Notice of Sale was recorded on January 4, 2021, as Document No. 2021-959310, Official Records, Douglas County,

-2-

---

Nevada; that said Notice of Sale was published in the Record Courier in its issues dated January 7, 2021, January 14, 2021, and January 21, 2021, and said Notice of Sale was posted in a public place in Minden, Nevada, namely, at the Judicial and Law Enforcement Center, on January 5, 2021; and at the time and place appointed for said sale, by oral proclamation, the time of holding said sale was continued to May 26, 2021 at the hour of 1:00 o'clock P.M.; and at the time and place appointed for said sale, by oral proclamation, the time of holding said sale was further continued to June 23, 2021, at the hour of 1:00 o'clock P.M.; and

WHEREAS, on December 30, 2020, copy of said Notice of Sale was mailed by certified mail to the then owner of the property hereinafter described and to all other parties entitled by law to such notice, and posted on the property hereinafter described on January 4, 2021; and

WHEREAS, the Beneficial interest of ROBERT I. NOVASEL and RICHARD W. SCHWARTE, Co-Trustees of the NOVASEL & SCHWARTE INVESTMENTS, INC. PROFIT SHARING PLAN, was assigned to LEVERTY & ASSOCIATES LAW CHTD., a Nevada corporation, as evidenced by that certain Assignment of Deed of Trust recorded January 22, 2021, as Document No. 960418, Official Records, Douglas County, Nevada; and

WHEREAS, at the time and place so set for said sale said party of the second part did bid the sum of NINE HUDNRED SEVENTY-NINE THOUSAND AND NO/100 DOLLARS ($979,000.00) for said property, and said sum was the highest and best bid therefor;

NOW, THEREFORE, for and in consideration of the said sum of $979,000.00, the said party of the first part, as Trustee, under and by virtue of the authority vested in it by said Deed of Trust, does hereby grant, bargain, sell and convey, without warranty, unto the party of the second part, and to their successors and assigns, all that certain real property situate in the County of Douglas, State of Nevada, that is described as follows:

That portion of Lots 13 & 14, of Kingsbury Palisades as said Lots were set forth on the map filed in the office of the County Recorder of Douglas County, State of Nevada, September 18, 1962, as Document No. 20864, Official Records of Douglas County, State of Nevada, and that portion of the Southwest 1/4 of the Northwest 1/4 of Section 25, Township 13 North, Range 18 East,

-3-

M.D.B.&M., being a portion of Lot 11 -Kingsbury
Lakeview, unofficial, described as follows:

Commencing at the Southwest corner of said Lot 13, as
said Lot is set forth on the map of Kingsbury
Palisades; thence North 0°03'38" West 104.27 feet to a
point that lies South 0°03'38" East, 58.73 feet the
most Northerly corner of said Lot 13; thence East
117.33 feet to a point in the Westerly right of way
line of Panorama Drive; thence Southeasterly along said
right of way line along a curve concave to the
Southeast with a central angle of 30°27'44" and a
radius of 125.00 feet, an arc distance of 66.46 feet;
thence South 41.33 feet to the Southeast corner of said
Lot 13; thence continuing South 131.68 feet; thence
North 89°54' West, 99.81 feet to a point from which the
West 1/4 corner of said Section 25, bears South 29°12'
West 1,347.78 feet; thence North 0°05' West 132.00 feet
to the point of beginning.

NOTE (NRS 111.312): The above metes and bounds
description appeared previously in that certain
document recorded December June 5, 2017, in Book 1283,
as Instrument No. 2017-899576.

TOGETHER WITH the improvements thereon, and all and
singular the tenements, hereditaments and appurtenances
thereunto belonging or appertaining, and the reversion and
reversions, remainder and remainders, rents, issues and
profits thereof.

TO HAVE AND TO HOLD the said premises, together with
the appurtenances, unto the said party of the second part,
and to its successors and assigns forever.

IN WITNESS WHEREOF, the party of the first part has
caused this conveyance to be executed the day and year first
above written.

AUTOMATIC FUNDS TRANSFER
SERVICES, dba ALLIED TRUSTEE
SERVICES

By: _Geneva Martinkus_
GENEVA MARTINKUS
Its: _MANAGER_

-4-

STATE OF NEVADA        )
                                )SS.
COUNTY OF WASHOE       )

     This instrument was acknowledged before me on
July 30             , 2021, by  Geneva Martinkus           as
  Manager            of/for AUTOMATIC FUNDS TRANSFER
SERVICES, dba ALLIED TRUSTEE SERVICES.

_____
Notary Public

DIANE ULLESEIT
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 20-8275-02 - Expires April 19, 2024

-5-

# STATE OF NEVADA
# DECLARATION OF VALUE

**1. Assessor Parcel Number (s)**
a) 1318-25-111-017
b) _____
c) _____
d) _____

**2. Type of Property:**

| | | | | |
|---|---|---|---|---|
| a) ☐ | Vacant Land | b) ☑ | Single Fam Res. | |
| c) ☐ | Condo/Twnhse | d) ☐ | 2-4 Plex | |
| e) ☐ | Apt. Bldg. | f) ☐ | Comm'l/Ind'l | |
| g) ☐ | Agricultural | h) ☐ | Mobile Home | |
| i) ☐ | Other | | | |

FOR RECORDERS OPTIONAL USE ONLY
Notes:

**3. Total Value/Sales Price of Property:**            $ 986,000.00
Deed in Lieu of Foreclosure Only (value of property)  $
Transfer Tax Value:                                   $ 986,000.00
Real Property Transfer Tax Due:                       $ 3845.40

**4. If Exemption Claimed:**
a. Transfer Tax Exemption, per NRS 375.090, Section: _____
b. Explain Reason for Exemption: _____

**5. Partial Interest:** Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.

**Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature _____    Capacity Foreclosure Officer

Signature _____    Capacity Title Agent

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
(REQUIRED) Automatic Funds Transfer Service   (REQUIRED)

Print Name: dba Allied Trustee Services    Print Name: Kamma, LLC
Address: 190 W. Huffaker Ln. Ste 408       Address: 6770 S. McCarran Blvd.
City: Reno                                 City: Reno
State: NV    Zip: 89511                    State: NV    Zip: 89509

**COMPANY/PERSON REQUESTING RECORDING**
(REQUIRED IF NOT THE SELLER OR BUYER)

Print Name: First Centennial Title          Escrow # _____
Address: 1450 Ridgeview Dr
City: Reno          State: NV    Zip: 89519

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED)