STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

JULIANA MAYER LOZA,

        Debtor.

_____/

Case No. BK-21-50466-nmc

(Chapter 13)

**CERTIFICATE OF SERVICE**

Hearing Date: October 12, 2021
Hearing Time: 2:00 p.m.

I, Norma Guariglia, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on September 14, 2021, I served the **NOTICE OF HEARING [RE: DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER [DE 17], TO AMEND JUDGMENT, FOR NEW HEARING, OR ALTERNATIVELY, FOR ADDITIONAL FINDINGS PURSUANT TO FRBP 9023, 9024 AND 7052 (Docket No. 36)** via U.S. Mail, first class, postage pre-paid, addressed to the attached listed of creditors and parties in interest.

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated this 9th day of October 2021.

        *Norma Guariglia*, Employee of
        HARRIS LAW PRACTICE LLC

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

```
Label Matrix for local noticing          United States Bankruptcy Court          ALLIED FORECLOSURE SERVICES
0978-3                                   300 Booth Street                        190 W. HUFFAKER LANE, #408
Case 21-50466-nmc                        Reno, NV 89509-1360                     RENO, NV 89511-4006
District of Nevada
Reno
Tue Sep 14 00:48:57 PDT 2021
```

Nte to all 9/14/2021

```
ATHENA MEDICAL GROUP RETIREMENT TRUST    BANK OF AMERICA                         CIGNA HEALTH INSURANCE
C/O STATE AGENT & TRANSFER SYNDICATE     P O BOX 650070                          900 COTTAGE GROVE RD.
112 N. CURRY STREET                      DALLAS, TX 75265-0070                   BLOOOMFIELD, CT 06002-2920
CARSON CITY, NV 89703-4934

Eva Dloomy DDS                           FRAWLEY BEVERLY HILLS DENTISTRY         FRIEDMAN & FRIEDMAN
9201 Sunset Blvd, #501                   8920 WILSHIRE BLVD.                     9454 WILSHIRE BLVD.
West Hollywood, CA 90069-3706            SUITE 701                               #313
                                         BEVERLY HILLS, CA 90211-2006            BEVERLY HILLS, CA 90212-2904

GORDON & GORDON                          INTERNAL REVENUE SERVICE                KGID WATER/ SEWER
1200 WILSHIRE BLVD.                      P O BOX 7346                            255 KINGSBURY GRADE ROAD
#608                                     PHILADELPHIA, PA 19101-7346             STATELINE, NV 89449
LOS ANGELES, CA 90017-1998

KIRK NEVADA WALKER, ESQ.                 LEVERTY & ASSOCIATES LAW, CHTD.         Lois O'Brien, Trustee of the Lois M. O&#
400 S. 4TH STREET, #500                  832 WILLOW STREET                       1836 Parnell Ave.
LAS VEGAS, NV 89101-6207                 RENO, NV 89502-1304                     Apt. No. 201
                                                                                 Los Angeles, CA 90025-8323

NEVADA DEPARTMENT OF MOTOR VEHICLES      NEVADA DEPARTMENT OF TAXATION           NEVADA LABOR COMMISSION
LEGAL DIVISION                           BANKRUPTCY SECTION                      1818 E. COLLEGE DRIVE
855 WRIGHT WAY                           555 E. WASHINGTON                       #102
CARSON CITY, NV 89711-0001               STE 1300                                CARSON CITY, NV 89706-7986
                                         LAS VEGAS, NV 89101-1046

OFFICE OF THE UNITED STATES TRUSTEE      SULLIVAN LAW                            ZACHARY SCHORR, ESQ.
300 BOOTH STREET ROOM 3009               1625 NV-88                              1901 AVENUE OF THE STARS
RENO, NV 89509-1360                      #401                                    STE 615
                                         MINDEN, NV 89423                        LOS ANGELES, CA 90067-6051

JULIANA MAYER LOZA                       STEPHEN R HARRIS                        WILLIAM A. VAN METER
195 Hwy 50 #104                          HARRIS LAW PRACTICE LLC                 POB 6630
STATELINE, NV 89449                      6151 LAKESIDE DR, STE 2100              RENO, NV 89513-6630
                                         RENO, NV 89511-8541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AUTOMATIC FUNDS TRANSFER SERVICE, A SEATTL    (u)LEVERTY & ASSOCIATES LAW CHTD.       End of Label Matrix
                                                                                         Mailable recipients    23
                                                                                         Bypassed recipients     2
                                                                                         Total                  25
```