STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

JULIANA MAYER LOZA,

    Debtor.
_____/

Case No. BK-21-50466-nmc
(Chapter 13)

**STIPULATION TO CONTINUE HEARING FOR TRUSTEE'S MOTION TO DISMISS**

Cont. Hearing Date: November 2, 2021
Cont. Hearing Time: 2:00 p.m.
Old Hearing Date: October 12, 2021
Old Hearing Time: 2:00 p.m.

It is hereby stipulated and agreed to by and between Debtor JULIANA MAYER LOZA through her counsel, Stephen R. Harris, Esq. of HARRIS LAW PRACTICE LLC, and the Chapter 13 Trustee, WILLIAM A. VAN METER, ESQ., that the hearing for the **TRUSTEE'S MOTION TO DISMISS [Docket No. 27]** – which is currently set for 2:00 p.m. on October 12, 2021 – be continued to **2:00 p.m.** on **November 2, 2021**.

Dated this 8th day of October, 2021.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

_____
Attorneys for Debtor

Dated this 8th day of October, 2021.

WILLIAM A. VAN METER, ESQ.

_Approved per email_ /s/
_____
Chapter 13 Trustee