Vernon E. Leverty, Esq., NV Bar No. 1266
Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
Jess P. Rinehart, Eq., NV Bar No. 11697
832 Willow Street; Reno, NV 89502
Telephone: (775) 322-6636
*Attorneys for Leverty & Associates Law, Chtd.*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | |
| | **Case No. BK-21-50466-nmc** <br> **(Chapter 13)** |
| JULIANA MAYER LOZA | |
| | **STIPULATION TO CONTINUE HEARING FOR DEBTOR'S MOTION FOR RECONSIDERATION** |
| *Debtor* | |
| | Cont. Hearing Date: November 2, 2021 <br> Cont. Hearing Time: 2:00 p.m. <br> Old Hearing Date: October 12, 2021 <br> Old Hearing Time: 2:00 p.m. |

It is hereby stipulated between Creditor Leverty & Associates Law, Chtd., by and through its attorney William R. Ginn, Esq., and Debtor JULIANA MAYER LOZA, through her attorney Stephen R. Harris, Esq., of HARRIS LAW PRACTICE, LLC, that the hearing for DEBTORS MOTION FOR RECONSIDERATION [Docket No. 23], which is currently set for October 12, 2021 at 2:00 p.m. be continued to November 2, 2021 at 2:00 p.m.

Dated this 8th day of October, 2021                      Dated this 8th day of October, 2021

Leverty & Associates Law, Chtd.                          Harris Law Practice, LLC


/s/ *William R. Ginn*                                    /s/ *Stephen R. Harris*

William R. Ginn, Esq.                                    Stephen R. Harris, Esq.
*Attorney for Creditor Leverty & Associates*             *Attorney for Debtor, Juliana Mayer Loza*
*Law, Chtd.*

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing was made via the Court's electronic filing system to all listed parties and entities receiving notice pursuant to the Court's CM/ECF system:

DATED: This 8th Day of October, 2021.

/s/ *William R. Ginn*
An Employee of Leverty & Associates Law Chtd.

1  Vernon E. Leverty, Esq., NV Bar No. 1266
   Patrick R. Leverty, Esq., NV Bar No. 8840
2  William R. Ginn, Esq., NV Bar No. 6989
   Jess P. Rinehart, Eq., NV Bar No. 11697
3  832 Willow Street; Reno, NV 89502
   Telephone: (775) 322-6636
4  *Attorneys for Leverty & Associates Law, Chtd.*

5                    UNITED STATES BANKRUPTCY COURT

6                       FOR THE DISTRICT OF NEVADA

7    IN RE:

8                                              Case No. BK-21-50466-nmc
                                               (Chapter 13)
9    JULIANA MAYER LOZA

10                                             STIPULATION TO CONTINUE HEARING FOR
                        *Debtor*               DEBTOR'S MOTION FOR RECONSIDERATION
11
                                               Cont. Hearing Date: November 2, 2021
12                                             Cont. Hearing Time: 2:00 p.m.
                                               Old Hearing Date: October 12, 2021
13                                             Old Hearing Time: 2:00 p.m.

14

15      Upon the STIPULATION TO CONTINUE HEARING FOR DEBTOR'S MOTION FOR

16  RECONSIDERATION (Docket No. ___), filed by Leverty & Associates Law, Chtd., and Debtor

17  Juliana Mayer Loza, through her counsel, Stephen R. Harris of Harris Law Practice, LLC; with

18  the Court having reviewed the Stipulation and with good cause appearing:

19
        IT IS HEREBY ORDERED that the Stipulation is approved for the hearing for the
20
    Debtors' Motion for Reconsideration [Docket No. 23] is continued to November 2, 2021 at
21
    2:00 p.m.
22

23  Submitted by:

24
    LEVERTY & ASSOCIATES LAW, CHTD.
25

26  /s/ *William R. Ginn*

27  Attorneys for Creditor Leverty & Associates Law, Chtd.

28

                                      - 1 -