_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 12, 2021
_____

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-21-50466-nmc<br>(Chapter 13) |
| JULIANA MAYER LOZA,<br><br>    Debtor.<br>_____/ | **ORDER CONTINUING HEARING FOR THE TRUSTEE'S MOTION TO DISMISS**<br><br>Cont. Hearing Date: November 2, 2021<br>Cont. Hearing Time: 2:00 p.m.<br>Old Hearing Date:  October 12, 2021<br>Old Hearing Time:  2:00 p.m. |

   Upon the STIPULATION TO CONTINUE HEARING FOR TRUSTEE'S MOTION TO DISMISS (Docket No. 43) ("Stipulation") filed by JULIANA MAYER LOZA through her counsel, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, and WILLIAM A. VAN METER, ESQ., Chapter 13 Trustee; with the Court having reviewed the Stipulation and good cause appearing:

   IT IS HEREBY ORDERED that the Stipulation is approved, and the hearing for the **TRUSTEE'S MOTION TO DISMISS [Docket No. 27]** is continued to **2:00 p.m.** on **November 2, 2021**.

Submitted by:

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
Attorneys for Debtor