STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JULIANA MAYER LOZA,<br>　　　　　　　　　　　　　　　Debtor.<br>_____/ | Case No. BK-21-50466-nmc<br>(Chapter 13)<br><br>**NOTICE OF HEARINGS**<br><br>Hearing Date:　December 8, 2021<br>Hearing Time:　9:30 a.m.<br>Est. Time:　　　30 minutes<br>Set By:　　　　the parties |

　　　PLEASE TAKE NOTICE that, with respect to the DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER (DE 17), TO AMEND JUDGMENT, FOR NEW HEARING, OR ALTERNATIVELY, FOR ADDITIONAL FINDINGS PURSUANT TO FRBP 9023, 9024 AND 7052 [Docket No. 23] as well as the TRUSTEE'S MOTION TO DISMISS [Docket No. 27], the Court has verbally ordered that the hearing for each be set to take place on **December 8, 2021**, at **9:30 a.m**.

　　　Both matters are fully briefed, and no further briefing is required.

　　　NOTICE IS FURTHER GIVEN that said hearings on these motions will be held before a United States Bankruptcy Judge by remote participation (information for which may be found on the posted calendar on the Court's website at https://www.nvb.uscourts.gov/calendars/court-calendars/).

　　　Dated this 3rd day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　STEPHEN R. HARRIS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　HARRIS LAW PRACTICE LLC

　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen R. Harris*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor