STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br><br>JULIANA MAYER LOZA,<br>         Debtor.<br>_____ / | Case No. BK-21-50466-nmc<br>(Chapter 13)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: December 8, 2021<br>Hearing Time: 9:30 a.m. |

  I, Maureen McCue, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on **November 3, 2021**, I served the **NOTICE OF HEARINGS** [Docket No. 46] re DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER (DE 17), TO AMEND JUDGMENT, FOR NEW HEARING, OR ALTERNATIVELY, FOR ADDITIONAL FINDINGS PURSUANT TO FRBP 9023, 9024 AND 7052 [Docket No. 23] and the TRUSTEE'S MOTION TO DISMISS [Docket No. 27] via U.S. Mail, first class, postage pre-paid, addressed to the attached listed of creditors and parties in interest.

  **UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

  Dated this 4th day of November, 2021.

                    /s/ *Maureen McCue*
                    _____
                    *Maureen McCue* for
                    Hannah Bass, Employee of
                    HARRIS LAW PRACTICE LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 21-50466-nmc<br>District of Nevada<br>Reno<br>Wed Nov  3 13:03:33 PDT 2021 | ~~United States Bankruptcy Court~~<br>~~300 Booth Street~~<br>~~Reno, NV 89509-1360~~ | ALLIED FORECLOSURE SERVICES<br>190 W. HUFFAKER LANE, #408<br>RENO, NV 89511-4006 |
| ATHENA MEDICAL GROUP RETIREMENT TRUST<br>C/O STATE AGENT & TRANSFER SYNDICATE<br>112 N. CURRY STREET<br>CARSON CITY, NV 89703-4934 | BANK OF AMERICA<br>P O BOX 650070<br>DALLAS, TX 75265-0070 | CIGNA HEALTH INSURANCE<br>900 COTTAGE GROVE RD.<br>BLOOOMFIELD, CT 06002-2920 |
| Eva Dloomy DDS<br>9201 Sunset Blvd, #501<br>West Hollywood, CA 90069-3706 | FRAWLEY BEVERLY HILLS DENTISTRY<br>8920 WILSHIRE BLVD.<br>SUITE 701<br>BEVERLY HILLS, CA 90211-2006 | FRIEDMAN & FRIEDMAN<br>9454 WILSHIRE BLVD.<br>#313<br>BEVERLY HILLS, CA 90212-2904 |
| GORDON & GORDON<br>1200 WILSHIRE BLVD.<br>#608<br>LOS ANGELES, CA 90017-1998 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | KGID WATER/ SEWER<br>255 KINGSBURY GRADE ROAD<br>STATELINE, NV 89449 |
| KIRK NEVADA WALKER, ESQ.<br>400 S. 4TH STREET, #500<br>LAS VEGAS, NV 89101-6207 | LEVERTY & ASSOCIATES LAW, CHTD.<br>832 WILLOW STREET<br>RENO, NV 89502-1304 | Lois O'Brien,Trustee of the Lois M. O&#<br>1836 Parnell Ave.<br>Apt. No. 201<br>Los Angeles, CA 90025-8323 |
| NEVADA DEPARTMENT OF MOTOR VEHICLES<br>LEGAL DIVISION<br>855 WRIGHT WAY<br>CARSON CITY, NV 89711-0001 | NEVADA DEPARTMENT OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON<br>STE 1300<br>LAS VEGAS, NV 89101-1046 | NEVADA LABOR COMMISSION<br>1818 E. COLLEGE DRIVE<br>#102<br>CARSON CITY, NV 89706-7986 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>300 BOOTH STREET ROOM 3009<br>RENO, NV 89509-1360 | SULLIVAN LAW<br>1625 NV-88<br>#401<br>MINDEN, NV 89423 | ZACHARY SCHORR, ESQ.<br>1901 AVENUE OF THE STARS<br>STE 615<br>LOS ANGELES, CA 90067-6051 |
| JULIANA MAYER LOZA<br>195 HWY 50 #104<br>STATELINE, NV 89449-9816 | ~~STEPHEN R HARRIS~~<br>~~HARRIS LAW PRACTICE LLC~~<br>~~6151 LAKESIDE DR., STE 2100~~<br>~~RENO, NV 89511-8541~~ | WILLIAM A. VAN METER<br>POB 6630<br>RENO, NV 89513-6630 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AUTOMATIC FUNDS TRANSFER SERVICE, A SEATTL | (u)LEVERTY & ASSOCIATES LAW CHTD. | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     2<br>Total                  25 |

-- 2 --