NVB 2002 (Rev. 12/15)

GENE M. KAUFMANN, ESQ.
Nevada Bar No. 6704
SULLIVAN LAW
1625 State Route 88, Suite 401
Minden, NV 89423
Telephone: 775-782-2700
Fax: 775-782-3439
E-mail: GKaufmann@mindenlaw.com

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

RECEIVED
AND FILED

2021 NOV -9  AM 10: 58

U.S. BANKRUPTCY
MARY A.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re JULIANA MAYER LOZA               )     Case No: 21-50466-nmc
                                       )
                                       )     Chapter 13
                                       )
                                       )
                                       )     **REQUEST FOR SPECIAL**
                                       )     **NOTICE**
                            Debtor(s)  )

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)

GENE M. KAUFMANN, ESQ.
SULLIVAN LAW
1625 State Route 88, Suite 401
Minden, NV 89423
E-mail: GKaufmann@mindenlaw.com    Tel. 775-782-2700    Fax: 775-782-3439

Date: October 29, 2021

_____
Signature