Vernon E. Leverty, Esq. NV Bar No. 1266
Patrick R. Leverty, Esq. NV Bar No. 8840
William R. Ginn Esq. NV Bar No. 6989
Jess P. Rinehart, Esq., NV Bar No. 11697
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow St., Reno, NV 89502
(775) 322-6636
*Attorneys for Leverty & Associates Law Chtd.*

# UNITED STATE BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE:<br><br>JULIANA MAYER LOZA,<br><br>Debtor.<br>_____/ | Case No. BK-21-50466-nmc<br>(Chapter 13)<br><br>**NOTICE OF JOINDER OF TRUSTEE'S MOTION TO DISMISS** |

    Leverty & Associates Law Chtd. and Automatic Funds Transfer Services, a Seattle Corp. dba Allied Trustee Services, by and through their undersigned counsel, hereby notices that they join the Trustee's August 16, 2021, Motion to Dismiss Debtor Juliana Mayer Loza's Chapter 13 case. The matter is currently set for hearing on December 8, 2021.

    DATED this __7th__ day of December, 2021

                                       */S/ William R. Ginn*
                                       William R. Ginn Esq. NV Bar No. 6989
                                       LEVERTY & ASSOCIATES LAW CHTD.
                                       *Attorneys for Leverty & Associates Law Chtd. and Automatic Funds Transfer Services, a Seattle Corp. dba Allied Trustee Services*

NOTICE OF JOINDER

1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing was made via the Court's electronic filing system to:

| | |
|---|---|
| Debtor Juliana M. Loza<br>c/o Stephen Harris, Esq.<br>Harris Law Practice LLC<br>6151 Lakeside Drive, Ste. 2100<br>Reno, NV 89511 | |

additionally, service of the foregoing was made via US Mail prepaid to:

| | |
|---|---|
| Gene Kaufmann, Esq.<br>Sullivan law<br>1625 State Route 88, Ste. 401<br>Minden, NV 89423<br>*Attorney for Juliana Mayer Loza* | |

DATED this __7th__ day of December, 2021

                                             */S/ William R. Ginn*
                                             An Employee of Leverty & Associates Law, Chtd.