# Exhibit 5

# Exhibit 5

RECEIVED
MAY 24 2021
Douglas County
District Court Clerk

FILED
2021 MAY 25 AM 8:58
BOBBIE R. WILLIAMS
CLERK
BY C. WALKER DEPUTY

MAY 26 2021

Case No.: 2021-CV-00057

Dept No.: I

This document does not contain personal information of any person

# IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
# IN AND FOR THE COUNTY OF DOUGLAS

LEVERTY & ASSOCIATES LAW CHTD.,

Plaintiff,

v.

Athena Medical Group Defined Contribution Pension Plan and Trust Number Three; et al.

Defendants.

## JUDGMENT BY DEFAULT

Judgment by Default against Defendants Juliana Mayer Loza; Ray W. Exley M.D. Nevada Family Trust; Juliana Mayer Loza as a Corporate Officer of Athena Medical Group, Inc. and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three; Ingrid Van Vuerings individually and as a Corporate Officer of Athena Medical Group and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three; Juliana Mayer Loza as Trustee of Athena Medical Group, Inc. Defined Contribution Plan Number Two; Ingrid Van Vuerings as Trustee for Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd.; Athena Medical Group Defined Contribution Pension Plan and Trust Number Three; Athena Medical Group, Inc. Defined Contribution Plan Number Two; Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd.; Athena Medical Group Inc., a Nevada Corporation aka Athena Medical Group Corp., a Nevada non-filing entity and Juliana Mayer Loza as Special Administrator and Personal Representative of Ray Exley Estate.

This matter came before the Court on Plaintiff Leverty & Associates Law Chtd.'s Application for Judgment by Default. The Court, having review the file, the pleadings therein, the argument of counsel, and the evidence presented, **THE COURT HEREBY FINDS:**

1. On March 23, 2021, Leverty & Associates Law Chtd. ("Leverty") filed a Complaint against Defendants Juliana Mayer Loza; Ray W. Exley M.D. Nevada Family Trust; Juliana Mayer Loza as a Corporate Officer of Athena Medical Group, Inc. and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three; Ingrid Van Vuerings individually and as a Corporate Officer of Athena Medical Group and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three; Juliana Mayer Loza as Trustee of Athena Medical Group, Inc. Defined Contribution Plan Number Two; Ingrid Van Vuerings as Trustee for Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd.; Athena Medical Group Defined Contribution Pension Plan and Trust Number Three; Athena Medical Group, Inc. Defined Contribution Plan Number Two; Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd.; Athena Medical Group Inc., a Nevada Corporation aka Athena Medical Group Corp., a Nevada non-filing entity and Juliana Mayer Loza as Special Administrator and Personal Representative of Ray Exley Estate. (Hereinafter Collectively "Defaulted Defendants").

2. On March 31, 2021, Defendant Juliana Mayer Loza was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

3. On April 23, 2021, the Clerk of the Court entered Default against Defendant Juliana Mayer Loza, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Juliana Mayer Loza, and no answer or other appearance had been filed by Defendant Juliana Mayer Loza, and no further time has been requested or granted.

4. On March 31, 2021, Defendant Ray W. Exley M.D. Nevada Family Trust was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

5. On April 23, 2021, the Clerk of the Court entered Default against Defendant Ray W. Exley M.D. Nevada Family Trust, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Ray W. Exley M.D. Nevada Family Trust, and no answer or other appearance had been filed by Defendant Ray W. Exley M.D. Nevada Family Trust, and no further time has been requested or granted.

6. On March 31, 2021, Defendant Juliana Mayer Loza as a Corporate Officer of Athena Medical Group, Inc. and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

7. On April 23, 2021, the Clerk of the Court entered Default against Defendant Juliana Mayer Loza as a Corporate Officer of Athena Medical Group, Inc. and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Juliana Mayer Loza as a Corporate Officer of Athena Medical Group, Inc. and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three, and no answer or other appearance had been filed by Defendant Juliana Mayer Loza as a Corporate Officer of Athena Medical Group, Inc. and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three, and no further time has been requested or granted.

8. On March 31, 2021, Defendant Ingrid Van Vuerings individually and as a Corporate Officer of Athena Medical Group and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

9. On April 23, 2021, the Clerk of the Court entered Default against Defendant Ingrid Van Vuerings individually and as a Corporate Officer of Athena Medical Group and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three, as more than 21 days, exclusive of the

date of service, had expired since service upon Defendant Ingrid Van Vuerings individually and as a Corporate Officer of Athena Medical Group and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three, and no answer or other appearance had been filed by Defendant Ingrid Van Vuerings individually and as a Corporate Officer of Athena Medical Group and as Trustee of the Athena Medical Group Defined Pension Plan and Trust Number Three, and no further time has been requested or granted.

10. On March 31, 2021, Defendant Juliana Mayer Loza as Trustee of Athena Medical Group, Inc. Defined Contribution Plan Number Two was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

11. On April 23, 2021, the Clerk of the Court entered Default against Defendant Juliana Mayer Loza as Trustee of Athena Medical Group, Inc. Defined Contribution Plan Number Two, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Juliana Mayer Loza as Trustee of Athena Medical Group, Inc. Defined Contribution Plan Number Two, and no answer or other appearance had been filed by Defendant Juliana Mayer Loza as Trustee of Athena Medical Group, Inc. Defined Contribution Plan Number Two, and no further time has been requested or granted.

12. On March 31, 2021, Defendant Ingrid Van Vuerings as Trustee for Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd. was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

13. On April 23, 2021, the Clerk of the Court entered Default against Defendant Ingrid Van Vuerings as Trustee for Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd., as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Ingrid Van Vuerings as Trustee for Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd., and no answer or other appearance had been filed by Defendant Ingrid Van Vuerings as Trustee for

Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd., and no further time has been requested or granted.

14. On March 31, 2021, Defendant Athena Medical Group Defined Contribution Pension Plan and Trust Number Three was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

15. On April 23, 2021, the Clerk of the Court entered Default against Athena Medical Group Defined Contribution Pension Plan and Trust Number Three, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Athena Medical Group Defined Contribution Pension Plan and Trust Number Three, and no answer or other appearance had been filed by Defendant Athena Medical Group Defined Contribution Pension Plan and Trust Number Three, and no further time has been requested or granted.

16. On March 31, 2021, Defendant Athena Medical Group, Inc. Defined Contribution Plan Number Two was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

17. On April 23, 2021, the Clerk of the Court entered Default against Defendant Athena Medical Group, Inc. Defined Contribution Plan Number Two, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Athena Medical Group, Inc. Defined Contribution Plan Number Two, and no answer or other appearance had been filed by Defendant Athena Medical Group, Inc. Defined Contribution Plan Number Two, and no further time has been requested or granted.

18. On March 31, 2021, Defendant Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd. was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

19. On April 23, 2021, the Clerk of the Court entered Default against Defendant Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd., as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd., and no answer or other appearance had been filed by Defendant Athena Medical Group, Inc. Defined Benefit Pension Plan and Trust Chtd., and no further time has been requested or granted.

20. On April 9, 2021, Defendant Athena Medical Group Inc., a Nevada Corporation aka Athena Medical Group Corp., a Nevada non-filing entity was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

21. On May 7, 2021, the Clerk of the Court entered Default against Defendant Athena Medical Group Inc., a Nevada Corporation aka Athena Medical Group Corp., a Nevada non-filing entity, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Athena Medical Group Inc., a Nevada Corporation aka Athena Medical Group Corp., a Nevada non-filing entity, and no answer or other appearance had been filed by Defendant Athena Medical Group Inc., a Nevada Corporation aka Athena Medical Group Corp., a Nevada non-filing entity, and no further time has been requested or granted.

22. On April 9, 2021, Defendant Juliana Mayer Loza as Special Administrator and Personal Representative of Ray Exley Estate was served a copy of the Summons and Complaint, which was filed with the Court on April 14, 2021.

23. On May 7, 2021, the Clerk of the Court entered Default against Defendant Juliana Mayer Loza as Special Administrator and Personal Representative of Ray Exley Estate, as more than 21 days, exclusive of the date of service, had expired since service upon Defendant Juliana Mayer Loza as Special Administrator and Personal Representative of Ray Exley Estate, and no answer or other

JUDGMENT BY DEFAULT

appearance had been filed by Defendant Juliana Mayer Loza as Special Administrator and Personal Representative of Ray Exley Estate.

24. On or about May 21, 2021, Plaintiff Leverty & Associates Law Chtd. filed an Application for Judgment by Default against the Default Defendants which was dated Mary 21, 2021.

25. The Application for Judgment by Default provides, and is supported by attached exhibits that demonstrate, Douglas County Assessor Parcel No. 1318-25-111-017, commonly known by its physical address of 429 Panorama Drive, Stateline, Nevada 89449, was fraudulently transferred in accordance with the provisions of Nevada Revised Statute Chapter 112 – Fraudulent Transfers (Uniform Act), on or about May 12, 2017, when title to Assessor Parcel No. 1318-25-111-017 was transferred pursuant to a "Quitclaim Deed" from Ray Warren Exley, M.D. to Ray Warren Exley, as Trustee of the Ray Warren Exley, M.D. Nevada Family Trust. ("First Fraudulent Transfer").

26. The Application for Judgment by Default provides, and is supported by attached exhibits that demonstrate, Douglas County Assessor Parcel No. 1318-25-111-017, commonly known by its physical address of 429 Panorama Drive, Stateline, Nevada 89449, was fraudulently transferred in accordance with the provisions of Nevada Revised Statute Chapter 112 – Fraudulent Transfers (Uniform Act), on or about February 23, 2018, when title to Assessor Parcel No. 1318-25-111-017 was transferred pursuant to a "Quitclaim Deed" from the Ray Warren Exley, M.D. Nevada Family Trust to Athena Medical Group Defined Contribution Pension Plan and Trust Number Three. ("Second Fraudulent Transfer").

27. The Application for Judgment by Default provides, and is supported by attached exhibits that demonstrate, Douglas County Assessor Parcel No. 1318-25-111-017, commonly known by its physical address of 429 Panorama Drive, Stateline, Nevada 89449, was fraudulently transferred in accordance with the provisions of Nevada Revised Statute Chapter 112 – Fraudulent Transfers (Uniform Act), on or about January 22, 2021, when title to Assessor Parcel No. 1318-25-111-017 was transferred

pursuant to a "Quit Claim Deed" from Athena Medical Group Defined Contribution Pension Plan and Trust Number Three to Juliana Mayer Loza. ("Third Fraudulent Transfer").

28. The Application for Judgment by Default provides, and is supported by attached exhibits that demonstrate, Douglas County Assessor Parcel No. 1318-25-111-017, commonly known by its physical address of 429 Panorama Drive, Stateline, Nevada 89449, was fraudulently transferred in accordance with the provisions of Nevada Revised Statute Chapter 112 – Fraudulent Transfers (Uniform Act), on or about March 30, 2021, when title to Assessor Parcel No. 1318-25-111-017 was transferred pursuant to a "Quit Claim Deed" from to Juliana Mayer Loza to Athena Medical Group Defined Contribution Pension Plan and Trust Number Three. ("Fourth Fraudulent Transfer").

29. Pursuant to Nevada law, and the provisions of Nevada Revised Statute Chapter 112 – Fraudulent Transfers (Uniform Act), the First Fraudulent Transfer, Second Fraudulent Transfer, Third Fraudulent Transfer and Fourth Fraudulent Transfer, are all void.

**IT IS HEREBY ORDERED:**

1. The May 12, 2017, transfer of title to Douglas County Assessor Parcel No. 1318-25-111-017, Douglas County Recorder Document No. 2017-898535, is hereby void.

2. The February 23, 2018, transfer of title to Douglas County Assessor Parcel No. 1318-25-111-017, Douglas County Recorder Document No. 2018-910723, is hereby void.

3. The January 22, 2021, transfer of title to Douglas County Assessor Parcel No. 1318-25-111-017, Douglas County Recorder Document No. 2021-960445, is hereby void.

4. The March 30, 2021, transfer of title to Douglas County Assessor Parcel No. 1318-25-111-017, Douglas County Recorder Document No. 2021-964432, is hereby void.

5. Douglas County Assessor Parcel No. 1318-25-111-017, commonly known by its physical address of 429 Panorama Drive, Stateline, Nevada 89449, hereby reverts back and is to be titled in the name of Ray Warren Exley, M.D.

6. Upon any foreclosure on Douglas County Assessor Parcel No. 1318-25-111-017, after payment of monies to the foreclosing party/lender, the trustee or agent for the foreclosing party shall deposit all remaining monies with the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas so that such funds may be safeguarded and deposited into a blocked financial account until such time they can be properly allocated or disbursed.

DATED this 25 day of May, 2021

_____
DISTRICT COURT JUDGE