# Exhibit 8

# Exhibit 8

CASE NO. 2020PB00129

DEPT. NO. I

The undersigned affirms that the below document does not contain the social security number of any person.

RECEIVED NOV 0 4 2020 Douglas County District Court Clerk

FILED NO. _____ 20 NOV -4 A11:22 BOBBIE R. WILLIAMS CLERK _____ DEPUTY

IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF DOUGLAS

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF, <br><br> RAY WARREN EXLEY, <br><br> Deceased. | VERIFIED PETITION TO APPOINT A SPECIAL ADMINISTRATOR AND FOR ISSUANCE OF SPECIAL LETTERS OF ADMINISTRATION |

The verified petition of JULIANA M. LOZA (Petitioner) shows as follows:

1. Decedent RAY WARREN EXLEY, a married man, died on June 1, 2020, in Los Angles County, California.

2. The Decedent was married to the Petitioner.

3. The Decedent had few if any assets which are subject to administration, in that he had formed a revocable living trust in which he held his assets. The Petitioner is the successor Trustee of that Trust, and therefore is the legal titled hold of the decedent's assets, subject to the terms of the Trust.

4. While the Decedent died in Los Angeles, he was a legal resident of Douglas County. See the redacted Certificate of Death attached as Exhibit 1.

5. The purpose of this administration is to permit the Petitioner to defend a lawsuit that is pending against the

Decedent which is now on appeal in the Nevada Supreme Court as case number No. 80857.

6. Under NRS 140.010(6) the foregoing is "good cause ... for the appointment of a personal representative of the decedent."

7. In the event that the Petitioner discovers assets that are part of the Estate, the Petitioner may be required, at that time, to give notice to all interested persons prior to administering any assets recovered and will seek Court approval prior to any disbursement of amounts recovered on behalf of the estate.

8. The Petitioner has never been convicted of a felony, and is otherwise qualified to serve as Special Administrator.

WHEREFORE, the Petitioner prays for relief as follows:

1. That the Court grant this Verified Petition to Appoint a Special Administrator and for Issuance of Special Letters of Administration.

2. That the Court appoint Petitioner JULIANA M. LOZA Special Administrator of the Estate of RAY WARREN EXLEY, for the purpose of giving JULIANA M. LOZA authority to defend the above described action on behalf of the Estate and to ascertain whether any other assets of the Estate exist.

3. That the Court order that Special Letters of Administration be issued to Petitioner JULIANA M. LOZA, without notice, upon the filing of the Oath of Office as required by law.

4. That the Court provide that no bond be required.

5. That the Court grant such further relief as is proper.

Dated: November 4, 2020

SULLIVAN LAW
A Professional Corporation

By: /s/ Gene M. Kaufmann

GENE M. KAUFMANN, Bar No. 6704
Attorneys for Petitioner,
JULIANA M. LOZA

1625 State Route 88, Suite 401
Minden, NV 89423

Telephone:   (775) 782-6915
Telecopier:  (775) 782-3439

1 CASE NO.:
2 DEPT. NO.:
3
4

5       IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
6                      IN AND FOR THE COUNTY OF DOUGLAS
7
8

9  IN THE MATTER OF THE ESTATE OF,     PETITIONER'S VERIFICATION
                                       AND ACKNOWLEDGMENT
10 RAY WARREN EXLEY,

11              Deceased.
                                    /
12

13      I, JULIANA M. LOZA, declare under penalty of perjury, as
14 follows:
15      I am the Petitioner in the attached Verified Petition to
16 Appoint a Special Administrator and for Issuance of Special
17 Letters of Administration; that I have read the foregoing
18 document and am competent to testify to its contents of my own
19 knowledge, and the contents are true of my own knowledge, except
20 for those matters stated therein on information and belief, and
21 as to those matters, I believe them to be true.
22      I declare under penalty of perjury that the foregoing is
23 true and correct.
24
25 Dated:   November 3, 2020            /s/ Juliana M. Loza
                                        JULIANA M. LOZA
26
27
28

EXHIBIT 1

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052020137699
**LOCAL REGISTRATION NUMBER:** 3202019032960

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) | RAY |
| 2. MIDDLE | WARREN |
| 3. LAST (Family) | EXLEY |
| 4. DATE OF BIRTH | 04/01/1945 |
| 5. AGE Yrs | 75 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | IA |
| 11. EVER IN U.S. ARMED FORCES? | X YES |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 06/01/2020 |
| 8. HOUR (24 Hours) | 1133 |
| 13. EDUCATION | DOCTORATE |
| 14/15. WAS DECEDENT HISPANIC-LATINO | X NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | MEDICAL DOCTOR |
| 18. KIND OF BUSINESS OR INDUSTRY | HEALTHCARE |
| 19. YEARS IN OCCUPATION | 49 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 429 PANORAMA DRIVE |
| 21. CITY | STATELINE |
| 22. COUNTY/PROVINCE | DOUGLAS |
| 23. ZIP CODE | 89449 |
| 24. YEARS IN COUNTY | 20 |
| 25. STATE/FOREIGN COUNTRY | NV |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | JULIANA M. LOZA, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 9504 HIGHRIDGE PLACE, BEVERLY HILLS, CA 90210 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | JULIANA |
| 29. MIDDLE | M. |
| 30. LAST (BIRTH NAME) | LOZA |
| 31. NAME OF FATHER/PARENT–FIRST | WARREN |
| 32. MIDDLE | EDWARD |
| 33. LAST | EXLEY |
| 34. BIRTH STATE | IA |
| 35. NAME OF MOTHER/PARENT–FIRST | LILLIAN |
| 36. MIDDLE | LOUISE |
| 37. LAST (BIRTH NAME) | TAIT |
| 38. BIRTH STATE | IA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 06/26/2020 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF JULIANA LOZA, 9504 HIGHBRIDGE PLACE, BEVERLY HILLS, CA 90210 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | FRIENDS |
| 45. LICENSE NUMBER | FD2158 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS, M.D. |
| 47. DATE | 06/25/2020 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | SANTA MONICA - UCLA MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | X IP |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION | 1250 16TH STREET |
| 106. CITY | SANTA MONICA |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Time Interval | 108. DEATH REPORTED TO CORONER |
|---|---|---|
| IMMEDIATE CAUSE (A) CARDIOPULMONARY ARREST | MINS | X NO |
| (B) LACTIC ACIDOSIS | DAYS | 109. BIOPSY PERFORMED? X NO |
| (C) ISCHEMIC BOWEL | DAYS | 110. AUTOPSY PERFORMED? X YES |
| (D) | | 111. USED IN DETERMINING CAUSE? X NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: **ACUTE KIDNEY FAILURE**

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? **NO**

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY... Decedent Attended Since (A) | 06/01/2020 |
| Decedent Last Seen Alive (B) | 06/01/2020 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | PATRICIA H ESHAGHIAN M.D. |
| 116. LICENSE NUMBER | A93356 |
| 117. DATE | 06/24/2020 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | PATRICIA H ESHAGHIAN M.D. 1223 16TH ST STE 3400, SANTA MONICA, CA 90404 |

Barcode: *010001004576957*

CALOSANG01

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



Health Officer and Registrar
DO 16

**DATE ISSUED:** JUN 30 2020

002477861

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

