# Exhibit 9

# Exhibit 9

CASE NO.: 20-PB-00129

DEPT. NO.: I

RECEIVED NOV 1 2 2020 Douglas County District Court Clerk

FILED 2020 NOV 12 PM 12:57 BOBBIE R. WILLIAMS CLERK A. NEWTON DEPUTY

IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF DOUGLAS

IN THE MATTER OF THE ESTATE OF,    LETTERS OF ADMINISTRATION

RAY WARREN EXLEY,

    Deceased.
_____/

A PETITION TO APPOINT A SPECIAL ADMINISTRATOR having been filed, JULIANA M. LOZA was, by Order of this Court on November 9, 2020, duly appointed as Special Administrator of the RAY WARREN EXLEY, and who, having qualified as such, is hereby authorized to act by virtue thereof.

In Testimony thereof, I have officially signed these Letters and affixed hereto the Seal of said Court this 12 day of November, 2020

BY ORDER OF THE COURT
BOBBIE R. WILLIAMS, CLERK

By: _A. NEWTON_____
    DEPUTY CLERK

OATH OF OFFICE

I, JULIANA M. LOZA, whose mailing address is 9504 Highbridge Place, Beverly Hills, CA 90210, do verily affirm that I will well and faithfully perform the duties of Special Administrator according to law.

*[signature]*

JULIANA M. LOZA

State of Nevada )
)
County of Douglas )

Subscribed and sworn to (or affirmed) before me on this 12th day of November, 20 20, by JULIANA M. LOZA, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Seal) Signature *[signature: Lisa Apple]*

LISA APPLE
NOTARY PUBLIC
STATE OF NEVADA
Commission # 00-62875-5
My Appt. Expires September 08, 2021

2