# Exhibit 10

# Exhibit 10

RECEIVED
JUN 22 2021
Douglas County
District Court Clerk

FILED
2021 JUN 22 PM 2:49

DEBBIE R. WILLIAMS
CLERK
BY /s/ C. Walen DEPUTY

CASE NO.: 20-PB-00129
DEPT. NO.: I

IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF DOUGLAS

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF, | DUPLICATE LETTERS OF ADMINISTRATION |
| RAY WARREN EXLEY, | |
| Deceased. | |

A PETITION TO APPOINT A SPECIAL ADMINISTRATOR having been filed, JULIANA M. LOZA was, by Order of this Court on November 9, 2020, duly appointed as Special Administrator of the RAY WARREN EXLEY, and who, having qualified as such, is hereby authorized to act by virtue thereof.

In Testimony thereof, I have officially signed these Letters and affixed hereto the Seal of said Court this 22 day of June, 2020

BY ORDER OF THE COURT
TED THRAN, CLERK

By: /s/ C. Walen
DEPUTY CLERK

OATH OF OFFICE

I, JULIANA M. LOZA, whose mailing address is 9504 Highridge Place, Beverly Hills, CA 90210, do verily affirm that I will well and faithfully perform the duties of Special Administrator according to law.

_____
JULIANA M. LOZA

State of Nevada    )
                   )
County of Douglas  )

Subscribed and sworn to (or affirmed) before me on June 22, 2021 by JULIANA M. LOZA, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
Deputy Court Clerk

2