# Exhibit 11

# Exhibit 11

ORIGINAL RECEIVED
MAY 13 2021
Douglas County
District Court Clerk

FILED
2021 MAY 13 AM 9:51
BOBBIE R. WILLIAMS
CLERK
BY [signature] DEPUTY

CASE NO.: 20-PB-00129
DEPT NO.: I

IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF DOUGLAS

In the Matter of the Estate

of

RAY WARREN EXLEY,

Deceased.
_____/

CREDITOR CLAIM

## CREDITOR CLAIM

Claim of Leverty & Associates Law Chtd, 832 Willow St., Reno, NV 89502.

The undersigned creditor of the above-named Estate presents this claim against the Estate, a sworn statement of which is contained below.

As of May 12, 2021, the creditor claim is in the amount of $246,055.69 pursuant to a February 25, 2019, Judgement In A Civil Case in the United States District Court District of Nevada, Case No. 3:17-cv-00175-MMD-WGC. (Exh. 1)

The February 25, 2019, Judgement In A Civil Case was entered in the amount of $45,045.00 for sanctions, and an additional $161,000 principal, with interest accruing at the legal rate set forth in NRS §17.130(2) commencing on July 27, 2017. (Exh. 1). The accrued interest on the $161,000 since July 27, 2017, was computed at the following rates pursuant to the Court's February 25, 2019, Judgment and NRS §17.130(2):

    a.    July 27, 2017, through December 31, 2017 - 6.25%

    b.    January 1, 2018, through June 30, 2018 - 6.25%

CREDITOR CLAIM
1

c. July 1, 2018, through December 31, 2018 - 7.00%

d. January 1, 2019, through June 30, 2019 - 7.50%

e. July 1, 2019, through December 31, 2019 - 7.50%

f. January 1, 2020, through June 30, 2020 - 6.75%

g. July 1, 2020, through December 31, 2020 - 5.25%

h. January 1, 2021, through May 11, 2021 - 5.25%

The accrued interest on the $161,000 as of May 12, 2021, equals $40,010.69. The interest will continue to accrue on the $161,000 principal pursuant to the Court's February 25, 2019, Judgment.

As of May 12, 2021, the creditor claim in the amount of $246,055.69 is the sum total of $161,000 principal plus $40,010.69 in interest plus $45,045.00 in sanctions.

DATED this 12 day of May, 2021

Jess P. Rinehart, Esq. NV Bar No. 11697
Vernon E. Leverty, Esq. NV Bar No. 1266
William R. Ginn, Esq. NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
(775) 322-6636
*Attorneys for Creditor Leverty & Associates Law Chtd.*

CREDITOR CLAIM
2

## AFFIDAVIT OF JESS P. RINEHART

STATE OF WASHOE   )
                  )
COUNTY OF WASHOE  )

I, Jess P. Rinehart, Esq., being first duly sworn, do hereby affirm under penalty of perjury, that the assertions of the Affidavit are true to the best of my knowledge, information and belief, as follows:

1. I am an attorney at law admitted to practice before all the courts of the State of Nevada;

2. I am counsel for Leverty & Associates Law Chtd., the creditor named herein who makes the foregoing claim against the Estate of Ray Warren Exley, deceased.

3. The amount of said claim as of May 12, 2021, to wit: the sum of $246,055.69, is justly due to said claimant, that no payments have been made which are not credited, and there are no offsets to the knowledge of affiant;

4. I have personal knowledge of all the facts of said claim;

5. The $161,000 in principal will continue to accrue additional interest pursuant to the Court's February 25, 2019, Judgment In A Civil Case and NRS §17.130(2).

_____
Jess P. Rinehart, Esq.

SUBSCRIBED AND SWORN to before me
this 12th day of May, 2021. by Jess P Rinehart.

_____
Notary Public

LISA JASSO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-102257-2 - Expires Oct. 23, 2022

CREDITOR CLAIM
3

# AFFIRMATION
## (NRS 239B.030)

The undersigned does hereby affirm that the preceding document filed in the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas, does not contain personal information of the any person.

Dated this 12 day of May, 2021.

LEVERTY & ASSOCIATES LAW CHTD.

*[signature]*

Jess P. Rinehart, Esq.

---

CREDITOR CLAIM
4

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing was made on this date via U.S. Mail to:

| | |
|---|---|
| Juliana M. Loza<br>9504 Highridge Place<br>Beverely Hills, CA 90210<br>*Special Administrator to the Estate of Ray Warren Exley* | Juliana M. Loza<br>c/o Gene M. Kaufman, Esq.<br>Sullivan Law<br>1625 NV-88 #401<br>Minden, NV 89423<br>*Attorney for Special Administrator Juliana M. Loza* |

Dated this 12th day of May, 2021.

_____
An Employee of Leverty & Associates Law, Chtd.

CREDITOR CLAIM
5

## INDEX OF EXHIBITS

| EXH. # | DESCRIPTION | PAGES* |
|---|---|---|
| 1 | February 25, 2019, Judgment In A Civil Case, United States District Court District of Nevada, Case No. 3:17-cv-00175-MMD-WGC | 1 |

\* Number of Pages Does Not Include the Divider Page That Marks the Exhibit Number at the Top and Bottom of the Page

# EXHIBIT 1

# EXHIBIT 1

AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LEVERTY & ASSOCIATES LAW CHTD.,

        Plaintiff,

v.

RAY WARTREN EXLEY, et al.

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:17-cv-00175-MMD-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the two reports and recommendations of Magistrate Judge Cobb (ECF Nos. 135, 137) are adopted.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the parties' objections (ECF Nos. 136, 139) are overruled.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motions for sanctions (ECF Nos. 97, 117) are granted in part and denied in part as explained in Judge Cobb's R&R Regarding Sanctions (ECF No. 137). The Court imposes sanctions in favor of Plaintiff and against Defendant in the amount of $45,045.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motion to enter judgment (ECF No. 141) is granted.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant as follows: (1) the Settlement Amount of $161,000, with interest accruing at the legal rate set forth in NRS § 17.130(2) commencing on July 27, 2017 (ECF No. 92-1 at 3, ¶ 1); and (2) the sanctions amount of $45,045.

Date: February 25, 2019



DEBRA K. KEMPI
Clerk

/s/K. Walker
Deputy Clerk