# Exhibit 16

# Exhibit 16

| | Document History for Parcel # 1318-25-111-017 | | | | | |
|---|---|---|---|---|---|---|
| Type | Description/Name | Doc # | Date | Cost | Book | Page(s) |
| QCD | EXLEY NEVADA FAMILY TRUST<br>QUITCLAIM DEED | 874273 | 12/18/2015 | | 12 | |
| CTO | EXLEY NEVADA FAMILY TRUST<br>COURT ORDER | 892486 | 12/22/2016 | | 12 | |
| JUD | EXLEY, RAY WARREN<br>JUDGMENT AND DECREE | 896950 | 04/07/2017 | | 4 | |
| QCD | EXLEY NEVADA FAMILY TRUST<br>QUITCLAIM DEED | 898535 | 05/12/2017 | | 5 | |
| QCD | ATHENA MED GRP PEN PLAN & TRST<br>QUITCLAIM DEED | 910723 | 02/23/2018 | | 2 | |
| OCD | DOUGLAS COUNTY TRUSTEE<br>OTHER COUNTY DOCUMENT | 929980 | 06/06/2019 | | 6 | |
| QCD | ATHENA MED GRP PEN PLAN & TRUST<br>QUITCLAIM DEED | 949211 | 07/15/2020 | | 7 | |
| QCD | LOZA, JULIANA MAYER<br>QUITCLAIM DEED | 960445 | 01/22/2021 | | 1 | |
| QCD | ATHENA MEDICAL GROUP DEFINED*<br>QUITCLAIM DEED | 964432 | 03/30/2021 | | 3 | |
| CTO | EXLEY, RAY WARREN MD<br>COURT ORDER | 968970 | 06/11/2021 | | 6 | |
| CTO | EXLEY, RAY WARREN MD<br>COURT ORDER | 968971 | 06/11/2021 | | 6 | |
| TRD | KAMMA LLC<br>TRUSTEES DEED | 971766 | 07/30/2021 | 986,000 | 7 | |

NOTE: Documents recorded prior to 01/01/1982 are not currently allowed to be displayed. Therefore buttons will only be shown for documents recorded on or after that date.

NOTE: This is not a complete history and should not be used in place of a title search.

Go Back