NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−50466−nmc<br>CHAPTER 13 |
| JULIANA MAYER LOZA | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **53** – Request for Judicial Notice with Certificate of Service Filed by WILLIAM GINN on behalf of LEVERTY & ASSOCIATES LAW CHTD. (Attachments: # 1 Exhibit Declaration filed by Juliana Loza (the debtor herein) filed in the case of Leverty & Associates Law, Chtd. v. Exley, United States District Court case no. 3:17−cv−00175 as document 84−2 on March 22, 2021 # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit) (GINN, WILLIAM) |
| Filed On: | 12/7/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Chapter

Dated: 12/8/21

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**